**EXHIBIT 2**



GRETCHEN WHITMER
GOVERNOR

STATE OF MICHIGAN
DEPARTMENT OF STATE POLICE
LANSING

COL. JAMES F. GRADY II
DIRECTOR

October 2, 2024

Tpr. Megan Moryc

Trooper Moryc:

Pursuant to Article 8, Part A of the MSP/MSPTA Collective Bargaining Agreement, effective Wednesday, October 2, 2024, you are placed on an investigatory suspension, with pay, and will remain so until further notice. This investigatory suspension is based on your participation in an event of significant consequence to the department and the public. On behalf of the Director, you are relieved of all police authority and are directed not to engage in any enforcement actions during this period of suspension.

While on suspension, with pay, your work schedule is Monday through Friday, 8 a.m. through 5 p.m., with a one-hour lunch break from 12 p.m. through 1 p.m. You are directed to remain available to management during these hours. If you are sick, or have health related appointments, you are to report this information to your direct supervisor to request the use of sick leave. Should you wish to be unavailable during the above stated work hours, you may request the use of annual leave, in advance, from your supervisor. Failure to request prior approval for sick leave or annual leave, failure to communicate with management when contacted, or being unavailable to management in accordance with the aforementioned provisions may result in lost time and disciplinary action.

Any questions in this matter should be directed to F/Lt. Brian Buege of the Human Resources Division at 269-767-0982.

Sincerely,

*[signature]*

Jon Meyer, Director
Human Resources Division

cc: Lt. Col. David Sosinski
    Capt. Jason Nemecek
    Insp. Lisa Gee-Cram
    F/Lt. Brian Buege
    F/Lt. Michael Stephens
    MSPTA

MICHIGAN STATE POLICE HEADQUARTERS • 7150 HARRIS DRIVE • DIMONDALE, MICHIGAN 48821
MAILING ADDRESS • P.O. BOX 30634 • LANSING, MICHIGAN 48909
www.michigan.gov/msp • 517-332-2521