



**STATE OF MICHIGAN**
**DEPARTMENT OF STATE POLICE**
Lansing

GRETCHEN WHITMER
GOVERNOR

COL. JOSEPH M. GASPER
DIRECTOR

October 19, 2020

Tpr. Megan Moryc

Trooper Moryc:

Pursuant to Article 8, Part A of the MSP/MSPTA Collective Bargaining Agreement, you are placed on investigatory suspension with pay and will remain so until further notice. This is an investigatory suspension based on your participation in an event of significant consequence to the department and the public.

On behalf of the Director, you are relieved of all police authority and are directed not to engage in any enforcement actions during this period of suspension. You are directed to immediately turn in all department weapons, badges, identification cards, access cards, tokens, electronic devices, and keys, including keys to any department vehicle, to F/Lt. Andrew Fias.

Any questions in this matter should be directed to Insp. Lisa Gee-Cram of the Human Resources Division at 517-719-1858.

Sincerely,

Stephanie Horton, Director
Human Resources Division

cc:   Lt. Col. Kyle Bowman
      Capt. Dale Hinz
      Insp. Lisa Gee-Cram
      F/Lt. Andrew Fias
      MSPTA