UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MEGAN MORYC**,

        Plaintiff,

v.

**MICHIGAN STATE POLICE**, a department of the State of Michigan; **JAMES F. GRADY II; AIMEE BRIMACOMBE; LISA GEE-CRAM; DALE HINZ; CAMERON HENKE; JASON NEMECEK; MICHAEL DILLON; ERIK DARLING; KANDYCE HERR; THOMAS DEASY; MATTHEW WILLIAMS; NICOLE BOCK; KEVIN SWEENEY; ANDREW FIAS; RYAN MAKI; MICHAEL STEPHENS; CARISSA HORAN; BRIAN BUEGE; ROBERT DAVIS**; and **SCOTT ZIESMAN**; officially and in their personal capacities,

        Defendants.

Case No. 1:25-cv-1127

Hon. Robert J. Jonker

---

Elizabeth K. Abdnour (P78203)
Nicole Cote (P86815)
ABDNOUR WEIKER LLP
325 E. Grand River Ave., Ste. 250 East
Lansing, MI 48823
(517) 994-1776
liz@awlawohio.com

*Attorneys for Plaintiff*

Mary A. Waddell (P70545)
Ryan Wier (P83886)
Assistant Attorneys General
MI Department of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
517-335-7573
waddellm1@michigan.gov
wierr2@michigan.gov

*Attorneys for Defendants Michigan State Police; James F. Grady II; Aimee Brimacombe; Lisa Gee-Cram; Dale Hinz; Jason Nemeck; Michael Dillon; Erik Darling; Kandyce Herr; Thomas Deasy; Matthew Williams; Nicole Bock; Kevin Sweeney; Andrew Fias; Ryan Maki;*

*Michael Stephens; Brian Buege; Scott Ziesman; Carissa Horan*

## PLAINTIFF'S MOTION FOR EXTENSION OF SUMMONS

Plaintiff, MEGAN MORYC, by and through her attorneys, ABDNOUR WEIKER LLP, hereby requests that this Honorable Court grant her an Extension of Summons pursuant to Federal Rule of Civil Procedure 4(m).

Pursuant to Local Rule 7.1(a), on December 17, 2025, Plaintiff's counsel sought Defendant counsel's concurrence with this motion and the relief requested and explained the nature of the motion and its legal basis. Defendant's counsel advised that they do not concur with the motion and do not consent to the relief requested.

1. Plaintiff filed her original Complaint and Jury Demand on September 21, 2025.

2. Plaintiff was issued a Summons for each Defendant on September 23, 2025.

3. Plaintiff filed an Amended Complaint and Jury Demand on October 12, 2025, adding one Defendant, Carissa Horan.

4. Plaintiff was issued a Summons for Defendant Horan on October 15, 2025.

5. Plaintiff worked diligently to find the contact information of each Defendant.

6. Counsel for Plaintiff coordinated with Attorneys Waddell and Wier to execute Waivers of Service pursuant to Federal Rule of Civil Procedure 4(d).

7. Attorneys Waddell and Wier have executed waivers on behalf of 19 of the Defendants.

8. The two remaining Defendants (Robert Davis and Cameron Henke) have retired from the Michigan State Police.

9. Thus, Attorneys Waddell and Wier were unable to execute Waivers on their behalf.

10. Plaintiff obtained contact information for the two remaining Defendants.

11. On December 12, 2025, Counsel for Plaintiff sent by USPS Certified Mail the Complaint, Rule 4 Waivers, and the Summons to obtain either the signed Waiver or proof of service through the mail.

12. As of this date of filing, Plaintiff has not received a response from this correspondence for either of these Defendants.

13. Federal Rule of Civil Procedure 4(m) provides that if a Defendant is not served within 90 days after the complaint is filed, if the Plaintiff shows good cause for the failure, the Court must extend the time for service for an appropriate period.

14. The grounds for this Motion are set forth in the accompanying Brief in Support of this Motion to Extend Summons.

15. Accordingly, pursuant to Federal Rule of Civil Procedure 4(m), this Honorable Court should extend the time for service for an appropriate period of 60 days.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court grant her Motion to Extend Summons and extend the time of service for Defendants Robert Davis and Cameron Henke.

Dated: December 19, 2025                    Respectfully Submitted,
                                            ABDNOUR WEIKER LLP

                                            */s/ Elizabeth K. Abdnour*
                                            Elizabeth K. Abdnour (P78203)
                                            325 E. Grand River Ave., Ste. 250
                                            East Lansing, MI 48823
                                            (517) 994-1776
                                            liz@awlawohio.com
                                            *Attorneys for Plaintiff*

## CERTIFICATION OF SERVICE

    I hereby certify that on December 19, 2025, I filed this Document by use of this Court's ECF system, which will serve copies to all counsel of record.

                                                                                */s/ Nicole Cote*