UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MEGAN MORYC**,

        Plaintiff,

v.

**MICHIGAN STATE POLICE**, a department of the State of Michigan; **JAMES F. GRADY II; AIMEE BRIMACOMBE; LISA GEE-CRAM; DALE HINZ; CAMERON HENKE; JASON NEMECEK; MICHAEL DILLON; ERIK DARLING;  KANDYCE HERR; THOMAS  DEASY; MATTHEW WILLIAMS;  NICOLE BOCK; KEVIN SWEENEY; ANDREW FIAS; RYAN MAKI;  MICHAEL STEPHENS; CARISSA  HORAN; BRIAN BUEGE; ROBERT  DAVIS**; and **SCOTT ZIESMAN**;  officially and in their personal capacities,

        Defendants.

Case No. 1:25-cv-1127

Hon. Robert J. Jonker

---

Elizabeth K. Abdnour (P78203)
Nicole Cote (P86815)
ABDNOUR WEIKER LLP
325 E. Grand River Ave., Ste. 250 East
Lansing, MI 48823
(517) 994-1776
liz@awlawohio.com

*Attorneys for Plaintiff*

Mary A. Waddell (P70545)
Ryan Wier (P83886)
Assistant Attorneys General
MI Department of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
517-335-7573
waddellm1@michigan.gov
wierr2@michigan.gov

*Attorneys for Defendants Michigan State Police; James F. Grady II; Aimee Brimacombe; Lisa Gee-Cram; Dale Hinz; Jason Nemeck; Michael Dillon; Erik Darling; Kandyce Herr; Thomas Deasy; Matthew Williams; Nicole Bock; Kevin Sweeney; Andrew Fias; Ryan Maki;*

|  | *Michael Stephens; Brian Buege; Scott Ziesman; Carissa Horan;* |
|---|---|

## **ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF SUMMONS**

After considering Plaintiff's Motion for Extension of Summons and accompanying Brief, and otherwise being fully advised in the premises:

It is **ORDERED** that Plaintiff's Motion for Extension of Summons is **GRANTED** for good cause shown pursuant to Federal Rule of Civil Procedure 4(m).

Further, it is **ORDERED** that the Summonses for Defendants Robert Davis and Cameron Henke shall be extended 60 days from the date of expiration of December 21, 2025, to February 19, 2026.

**IT IS SO ORDERED.**

Dated: _____        _____
                                                                        Robert J. Jonker
                                                                        U.S. District Court Judge