UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MEGAN MORYC**,

        Plaintiff,

v.

**MICHIGAN STATE POLICE**, a department of the State of Michigan; **JAMES F. GRADY II; AIMEE BRIMACOMBE; LISA GEE-CRAM; DALE HINZ; CAMERON HENKE; JASON NEMECEK; MICHAEL DILLON; ERIK DARLING; KANDYCE HERR; THOMAS DEASY; MATTHEW WILLIAMS; NICOLE BOCK; KEVIN SWEENEY; ANDREW FIAS; RYAN MAKI; MICHAEL STEPHENS; CARISSA HORAN; BRIAN BUEGE; ROBERT DAVIS**; and **SCOTT ZIESMAN**; officially and in their personal capacities,

        Defendants.

Case No. 1:25-cv-1127

Hon. Robert J. Jonker

---

Elizabeth K. Abdnour (P78203)
Nicole Cote (P86815)
ABDNOUR WEIKER LLP
325 E. Grand River Ave., Ste. 250 East
Lansing, MI 48823
(517) 994-1776
liz@awlawohio.com

*Attorneys for Plaintiff*

Mary A. Waddell (P70545)
Ryan Wier (P83886)
Assistant Attorneys General
MI Department of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
517-335-7573
waddellm1@michigan.gov
wierr2@michigan.gov

*Attorneys for Defendants Michigan State Police; James F. Grady II; Aimee Brimacombe; Lisa Gee-Cram; Dale Hinz; Jason Nemeck; Michael Dillon; Erik Darling; Kandyce Herr; Thomas Deasy; Matthew Williams; Nicole Bock; Kevin Sweeney; Andrew Fias; Ryan Maki;*

|  |  |
|---|---|
|  | *Michael Stephens; Brian Buege; Scott Ziesman; Carissa Horan* |

## **CERTIFICATE OF COMPLIANCE WITH LCIVR 7.3(b)(i)**

I hereby certify that the Brief filed on December 19, 2025, complies with the limits set forth in LCivR 7.3(b)(i). Further, based on the Word Count function of Microsoft Word for Mac word processing software, applied to include all include headings, footnotes, citations and quotations, but not to include the case caption, cover sheets, any table of contents, any table of authorities, the signature block, attachments, exhibits, and affidavits, I certify that this Brief contains 1928 words.

Date: December 23, 2025                    */s/ Nicole Cote*
                                            Nicole Cote

## CERTIFICATION OF SERVICE

I hereby certify that on December 23, 2025, I filed this Document by use of this Court's ECF system, which will serve copies to all counsel of record.

*/s/ Nicole Cote*
