UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MEGAN MORYC,

    Plaintiff,

v

MICHIGAN STATE POLICE, a Department of the State of Michigan; JAMES F. GRADY II; AIMEE BRIMACOMBE; LISA GEE-CRAM; DALE HINZ; CAMERON HENKE; JASON NEMECEK; MICHAEL DILLON; ERIC DARLING; KANDYCE HERR; THOMAS DEASY; MATTHEW WILLIAMS; NICOLE BOCK; KEVIN SWEENEY; ANDREW FIAS; RYAN MAKI; MICHAEL STEPHENS; CARISSA HORAN; BRIAN BUEGE; ROBERT DAVIS; and SCOTT ZIESMAN; officially and in their personal capacities,

    Defendants.

No. 1:25-cv-1127

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

---

| | |
|---|---|
| Elizabeth K. Abdnour (P78203)<br>ABDNOUR WEIKER LLP<br>Attorneys for Plaintiff<br>325 E. Grand River Ave., Suite 250<br>East Lansing, MI  48823<br>517.292.0067<br>liz@education-rights.com | Mary A. Waddell (P70545)<br>Ryan Wier (P83886)<br>Assistant Attorneys General<br>Attorneys for Defendants<br>MI Dep't of Attorney General<br>State Operations Division<br>P.O. Box 30754<br>Lansing, MI  48909<br>517.335.7573<br>waddellm1@michigan.gov<br>wierr2@michigan.gov |

/

**CERTIFICATE OF COMPLIANCE TO BRIEF IN SUPPORT OF DEFENDANTS MICHIGAN STATE POLICE, GRADY, BRIMACOMBE, GEE-CRAM, HINZ, NEMECEK, DARLING, HERR, DEASY, WILLIAMS, BOCK, SWEENEY, FIAS, MAKI, HORAN, BUEGE, AND ZIESMAN'S MOTION TO DISMISS OR FOR A MORE DEFINITE STATEMENT**

As required under Local Civil Rule 7.2 (b)(ii), I, Mary A. Waddell, hereby certify that this dispositive brief contains approximately 1,986 words, exclusive of the case caption, cover sheets, any table of contents, any table of authorities, the signature block, attachments, exhibits, and affidavits, and was created using Microsoft Word 365.

It is within the 10,800-word limit allowed under Local Civil Rule 7.2(b)(i) for briefs in support of dispositive motions.

Respectfully submitted,

/s/ *Mary A. Waddell*
Mary A. Waddell
Assistant Attorney General
Attorney for MSP Defendants
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
waddellm1@michigan.gov
P70545

Dated:  January 6, 2026

## CERTIFICATE OF SERVICE

I certify that on January 6, 2026, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record, and I certify that my secretary has mailed by U.S. Postal Service the papers to any non-ECF participant.

/s/ *Mary A. Waddell*
Mary A. Waddell
Assistant Attorney General
Attorney for MSP Defendants

2025-0444648-A