UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MEGAN MORYC,

    Plaintiff,

v

MICHIGAN STATE POLICE, a Department of the State of Michigan; JAMES F. GRADY II; AIMEE BRIMACOMBE; LISA GEE-CRAM; DALE HINZ; CAMERON HENKE; JASON NEMECEK; MICHAEL DILLON; ERIC DARLING; KANDYCE HERR; THOMAS DEASY; MATTHEW WILLIAMS; NICOLE BOCK; KEVIN SWEENEY; ANDREW FIAS; RYAN MAKI; MICHAEL STEPHENS; CARISSA HORAN; BRIAN BUEGE; ROBERT DAVIS; and SCOTT ZIESMAN; officially and in their personal capacities,

    Defendants.

No. 1:25-cv-1127

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

---

Elizabeth K. Abdnour (P78203)
ABDNOUR WEIKER LLP
Attorneys for Plaintiff
325 E. Grand River Ave., Suite 250
East Lansing, MI  48823
517.292.0067
liz@education-rights.com

Mary A. Waddell (P70545)
Ryan Wier (P83886)
Assistant Attorneys General
Attorneys for MSP Defendants
MI Dep't of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI  48909
517.335.7573
waddellm1@michigan.gov
wierr2@michigan.gov

                                                          /

**DEFENDANT STEPHENS AND DILLON'S MOTION TO DISMISS
OR FOR A MORE DEFINITE STATEMENT**

Defendants Stephens and Dillon's (collectively, MSP Defendants), by and through counsel, move this Court to dismiss Plaintiff's First Amended Complaint or, in the alterative, for a more definite statement pursuant to Fed. R. Civ. P. 12(e), for the reasons set forth in the attached Brief in Support.  Concurrence in the relief requested was sought during a video conference on December 23, 2025, but was not obtained.  W.D. Mich. L. Civ. R. 7.1

MSP Defendants respectfully request that the Court (1) grant this motion to dismiss, or in the alternative, (2) require a more definite statement, and (3) grant any other appropriate relief.[1]

Respectfully submitted,

/s/ *Mary A. Waddell*
Mary A. Waddell
Assistant Attorney General
Attorney for MSP Defendants
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
Waddellm1@michigan.gov
P70545

Dated:  January 20, 2026

---

[1] The instant Motion and Brief in Support are substantively identical to ECF Nos. 11 and 12.   However, Federal Rule of Civil Procedure 10(c) only permits adoption by reference to statements in pleadings and a motion is not a pleading.  Accordingly, the undersigned apologizes for the redundancy.

## CERTIFICATE OF SERVICE

I certify that on January 20, 2026, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record, and I certify that my secretary has mailed by U.S. Postal Service the papers to any non-ECF participant.

/s/ *Mary A. Waddell*
Mary A. Waddell
Assistant Attorney General
Attorney for MSP Defendants

2025-0444648-A