UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MEGAN MORYC,

        Plaintiff,

Case No. 1:25–cv–01127–RJJ–PJG

v.

MICHIGAN STATE POLICE, et al.,

        Defendants.
_____/

## **CLERK'S NOTICE**

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  Elizabeth Kamm Abdnour

RE:  Response in Opposition – #17

REASON FOR NOTICE:   Exhibits or attachments are not identified on their face by number or letter.

RECOMMENDED ACTION:   None.

INFORMATION FOR FUTURE REFERENCE:   Local Civil Rule 5.7(d)(vii) requires that all exhibits and attachments contain on their face a prominent exhibit number or letter. This is particularly helpful to the court should the document be printed.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290–2742 or (616) 456–2206.

                                      CLERK OF COURT

Dated:  February 4, 2026    By:   /s/ E. Siskind_____
                                         Deputy Clerk