UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MEGAN MORYC,

    Plaintiff,

v

MICHIGAN STATE POLICE, a Department of the State of Michigan; JAMES F. GRADY II; AIMEE BRIMACOMBE; LISA GEE-CRAM; DALE HINZ; CAMERON HENKE; JASON NEMECEK; MICHAEL DILLON; ERIC DARLING; KANDYCE HERR; THOMAS DEASY; MATTHEW WILLIAMS; NICOLE BOCK; KEVIN SWEENEY; ANDREW FIAS; RYAN MAKI; MICHAEL STEPHENS; CARISSA HORAN; BRIAN BUEGE; ROBERT DAVIS; and SCOTT ZIESMAN; officially and in their personal capacities,

    Defendants.

No. 1:25-cv-1127

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

**CERTIFICATE OF COMPLIANCE TO REPLY BRIEF IN SUPPORT OF DEFENDANTS MICHIGAN STATE POLICE, GRADY, BRIMACOMBE, GEE-CRAM, HINZ, NEMECEK, DARLING, HERR, DEASY, WILLIAMS, BOCK, SWEENEY, FIAS, MAKI, HORAN, BUEGE, ZIESMAN, STEPHENS, AND DILLON'S MOTION TO DISMISS OR FOR MORE DEFINITE STATEMENT**

---

Elizabeth K. Abdnour (P78203)
Nicole Cote (P86815)
ABDNOUR WEIKER LLP
Attorneys for Plaintiff
325 E. Grand River Ave., Suite 250
East Lansing, MI  48823
517.292.0067
liz@education-rights.com
nicole@education-rights.com

Mary A. Waddell (P70545)
Ryan Wier (P83886)
Shelley M. McCormick (P80311)
Assistant Attorneys General
Attorneys for Defendants
MI Dep't of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI  48909
517.335.7573
waddellm1@michigan.gov
wierr2@michigan.gov
mccormicks1@michigan.gov

    /

**CERTIFICATE OF COMPLIANCE TO REPLY BRIEF IN SUPPORT OF DEFENDANTS MICHIGAN STATE POLICE, GRADY, BRIMACOMBE, GEE-CRAM, HINZ, NEMECEK, DARLING, HERR, DEASY, WILLIAMS, BOCK, SWEENEY, FIAS, MAKI, HORAN, BUEGE, ZIESMAN, STEPHENS, AND DILLON'S MOTION TO DISMISS OR FOR MORE DEFINITE STATEMENT**

As required under Local Civil Rule 7.2 (c), I, Shelley M. McCormick, hereby certify that this reply brief contains approximately 927 words, exclusive of the case caption, cover sheets, any table of contents, any table of authorities, the signature block, attachments, exhibits, and affidavits, and was created using Microsoft Word 365.

It is within the 4,300-word limit allowed under Local Civil Rule 7.2(c) for reply briefs in support of dispositive motions.

Respectfully submitted,

*/s/ Shelley M. McCormick*
Shelley M. McCormick
Assistant Attorney General
Attorney for MSP Defendants
State Operations Division
P.O. Box 30754
Lansing, MI 48909
517.335.7573
mccormicks1@michigan.gov
P80311

Dated:  February 13, 2026

## CERTIFICATE OF SERVICE

I certify that on February 13, 2026, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record, and I certify that my secretary has mailed by U.S. Postal Service the papers to any non-ECF participant.

/s/ *Shelley M. McCormick*
Shelley M. McCormick
Assistant Attorney General
Attorney for MSP Defendants

2025-0444648-A