**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN**

_____

**MINUTES**

MEGAN MORYC,

v.

MICHIGAN STATE POLICE et al.

**CASE NO.** 1:25-cv-1127
**DATE:**     June 1, 2026
**TIME:**     3:01 - 3:31 p.m.
**PLACE:**    Grand Rapids
**JUDGE:**    Hon. Robert J. Jonker

# APPEARANCES

**PLAINTIFF:**
Elizabeth Abdnour
Nicole Cote
Mitchell Sickon

**DEFENDANTS:**
Mary Waddell
Shelley McCormick

# PROCEEDINGS

**NATURE OF HEARING:**
Rule 16 Scheduling Conference held. Order to enter.

COURT REPORTER:  Paul Brandell          /s/    S. Carpenter
                                                   Case Manager