UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MEGAN MORYC,

     Plaintiff,

v

MICHIGAN STATE POLICE, a
Department of the State of Michigan;
~~JAMES F. GRADY II~~; ~~AIMEE
BRIMACOMBE~~; LISA GEE-CRAM; DALE
HINZ; ~~CAMERON HENKE~~; JASON
NEMECEK; ~~MICHAEL DILLON~~; ~~ERIC
DARLING~~; KANDYCE HERR; THOMAS
DEASY; ~~MATTHEW WILLIAMS~~;
NICOLE BOCK; ~~KEVIN SWEENEY~~;
~~ANDREW FIAS~~; RYAN MAKI; ~~MICHAEL
STEPHENS~~; ~~CARISSA HORAN~~; BRIAN
BUEGE; ~~ROBERT DAVIS~~; and ~~SCOTT
ZIESMAN~~; officially and in their personal
capacities,

     Defendants.

No. 1:25-cv-1127

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

---

Elizabeth K. Abdnour (P78203)
Nicole Cote (P86815)
Mitchell D. Sickon (P82407)
ABDNOUR WEIKER LLP
Attorneys for Plaintiff
325 E. Grand River Ave., Suite 250
East Lansing, MI  48823
517.292.0067
liz@education-rights.com
nicole@education-rights.com
mitch@education-rights.com

Mary A. Waddell (P70545)
Ryan Wier (P83886)
Shelley M. McCormick (P80311)
Assistant Attorneys General
Attorneys for Defendants
MI Dep't of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI  48909
517.335.7573
waddellm1@michigan.gov
wierr2@michigan.gov
mccormicks@michigan.gov

    /

---

**PROOF OF SERVICE**

I hereby certify that on June 12, 2026, I served Defendants' Rule 26(a)(1)

Initial Disclosures, upon attorneys of record Elizabeth K. Abdnour, Nicole Cote,

Mitchell D. Sickon, via email at the above email addresses, respectively.

/s/ *Ryan Wier*
Ryan Wier
Assistant Attorney General
Attorney for Defendants
MI Dep't of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI  48909
517.335.7573
wierr2@michigan.gov
P83886

2025-0444648-A

2