# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:25-cv-01127-RJJ | 7/13/2026 | 10:28 AM - 12:11 PM | Phillip J. Green |

## CASE CAPTION

| Moryc v. Michigan State Police et al |
|---|

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Mitchell D. Sickon<br><br>Nicole Cote<br><br>Elizabeth Kamm Abdnour | Plaintiff |
| Mary Allison Waddell<br><br>Shelley Moore McCormick | Defendants |

## PROCEEDINGS

**NATURE OF HEARING:**

Early Settlement Conference held; Case did not settle.

Proceedings NOT Recorded
Deputy Clerk: A. Doezema