UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MEGAN MORYC,

     Plaintiff,

v

MICHIGAN STATE POLICE, a
Department of the State of Michigan;
~~JAMES F. GRADY II~~; ~~AIMEE
BRIMACOMBE~~; LISA GEE-CRAM; DALE
HINZ; ~~CAMERON HENKE~~; JASON
NEMECEK; ~~MICHAEL DILLON~~; ~~ERIC
DARLING~~; KANDYCE HERR; THOMAS
DEASY; ~~MATTHEW WILLIAMS~~;
NICOLE BOCK; ~~KEVIN SWEENEY~~;
~~ANDREW FIAS~~; RYAN MAKI; ~~MICHAEL
STEPHENS~~; ~~CARISSA HORAN~~; BRIAN
BUEGE; ~~ROBERT DAVIS~~; and ~~SCOTT
ZIESMAN~~; officially and in their personal
capacities,

     Defendants.

No. 1:25-cv-1127

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

---

| | |
|---|---|
| Elizabeth K. Abdnour (P78203) | Mary A. Waddell (P70545) |
| Nicole Cote (P86815) | Ryan Wier (P83886) |
| Mitchell D. Sickon (P82407) | Shelley M. McCormick (P80311) |
| ABDNOUR WEIKER LLP | Assistant Attorneys General |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 325 E. Grand River Ave., Suite 250 | MI Dep't of Attorney General |
| East Lansing, MI  48823 | State Operations Division |
| 517.292.0067 | P.O. Box 30754 |
| liz@education-rights.com | Lansing, MI  48909 |
| nicole@education-rights.com | 517.335.7573 |
| mitch@education-rights.com | waddellm1@michigan.gov |
| | wierr2@michigan.gov |
| | mccormicks@michigan.gov |

/

**PROOF OF SERVICE**

I hereby certify that on July 24, 2026, I served Defendant MSP's Response to Plaintiff's First Interrogatories to Defendant MSP, and Defendant MSP's Response to Plaintiff's First Request for Production of Documents, upon attorneys of record Elizabeth K. Abdnour, Nicole Cote, Mitchell D. Sickon, via email at the above email addresses, respectively.

/s/ *Brenda Barton*
Brenda Barton

2025-0444648-A