**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**MEGAN MORYC**,

Plaintiff,

v.

**MICHIGAN STATE POLICE**, et al.,

Defendants.

Case No. 1:25-cv-1127

Hon. Robert J. Jonker
Mag. Phillip J. Green

---

**PLAINTIFF'S MOTION TO COMPEL**

Plaintiff, MEGAN MORYC, by and through her attorneys, ABDNOUR WEIKER LLP, hereby moves pursuant to Federal Rule of Civil Procedure 37(a)(3) for an order compelling production of documents and information by Defendant Michigan State Police ("MSP"), and states as follows:

1. Plaintiff served MSP Interrogatories and Requests for Production of documents on June 24, 2026. ("Requests")
2. The Requests sought relevant information relating to the claims and were well within the bounds of the criteria under Federal Rules of Civil Procedure 33 and 34.
3. MSP served its Responses to Plaintiff's Requests on July 24, 2026. ("Responses").
4. The Responses contain no substantive responsive information whatsoever, instead stating spurious objections in response to each request.
5. MSP also produced no responsive documents.
6. MSP has refused to supplement its Responses.

WHEREFORE, for the foregoing reasons and the reasons stated in the accompanying

Brief, Plaintiff Megan Moryc respectfully requests entry of an order compelling full and complete responses to the Requests and compelling production of the responsive documents.

Dated: August 24, 2026

Respectfully Submitted,
ABDNOUR WEIKER LLP

***/s/ Nicole Cote***

Elizabeth K. Abdnour (P78203)
Nicole E. Cote (P86815)
Mitchell D. Sickon (P82407)
325 E. Grand River Ave., Ste. 250
East Lansing, MI 48823
(517) 994-1776
liz@education-rights.com
nicole@education-rights.com
mitch@education-rights.com
*Attorneys for Plaintiff*

**CERTIFICATION OF SERVICE**

I hereby certify that on August 24, 2026, I filed this Document by use of this Court's ECF system, which will serve copies to all counsel of record.

***/s/ Nicole Cote***