# EXHIBIT 5

# Summary: Executive Budget Recommendation for Fiscal Year 2026-27 STATE POLICE

HOUSE FISCAL AGENCY

Analyst: Aaron A. Meek

| | FY 2025-26 Year-to-Date as of 2/11/26 | FY 2026-27 Executive | *Difference: FY 2026-27 vs. FY 2025-26* *Amount* | *%* |
|---|---|---|---|---|
| **IDG/IDT** | $29,030,200 | $29,521,800 | *$491,600* | *1.7* |
| **Federal** | 101,314,700 | 100,351,800 | *(962,900)* | *(1.0)* |
| **Local** | 5,035,600 | 5,088,800 | *53,200* | *1.1* |
| **Private** | 35,000 | 35,000 | *0* | *0.0* |
| **Restricted** | 190,336,000 | 200,908,000 | *10,572,000* | *5.6* |
| **GF/GP** | 638,435,100 | 633,778,200 | *(4,656,900)* | *(0.7)* |
| **Gross** | **$964,186,600** | **$969,683,600** | ***$5,497,000*** | ***0.6*** |
| **FTEs** | 3,576.0 | 3,575.0 | *(1.0)* | *(0.0)* |

*Note: Appropriation figures for all years include all proposed appropriation amounts, including amounts designated as "one-time."*

## Overview

The Michigan Department of State Police (MSP) is the state's primary law enforcement and emergency response authority. The department is responsible for criminal law enforcement and investigation, traffic and motor carrier safety, and homeland security. The department is also responsible for the administration and implementation of various state programs, technologies, and specialized services intended to enhance the capabilities and coordination of federal, state, local, and tribal law enforcement agencies, the criminal justice system, and the entire public safety community.

| Major Budget Changes from FY 2025-26 Year-to-Date (YTD) Appropriations | | FY 2025-26 YTD (as of 2/11/26) | Executive Change from YTD |
|---|---|---|---|
| ***1. Forensic Laboratory Closures*** | FTE | 281.0 | (1.0) |
| Removes $1.5 million GF/GP and 1.0 FTE position from the Forensic Science line item to reflect closure of the Northville Forensic Laboratory ($864,400) and the Grayling Forensic Laboratory ($637,000). Cases and FTEs will be transferred to MSP's remaining forensic laboratories. (Note: Due to an internal transfer of 1.0 FTE position from the Intelligence Operations line item to the Forensic Science line item, FTE change in the latter is technically net-zero.) | **Gross** | **$51,715,800** | **($1,487,700)** |
| | Federal | 4,879,700 | 0 |
| | Restricted | 9,628,900 | 0 |
| | GF/GP | $37,207,200 | ($1,487,700) |
| ***2. Forensic Laboratory Closures – Departmentwide Adjustment*** | **Gross** | **$48,324,700** | **($13,700)** |
| Removes $13,700 GF/GP from the Departmentwide line item to reflect closure of the Northville Forensic Laboratory and the Grayling Forensic Laboratory. | IDG/IDT | 515,800 | 0 |
| | Federal | 112,300 | 0 |
| | Restricted | 1,547,800 | 0 |
| | GF/GP | $46,148,800 | ($13,700) |
| ***3. Removal of FY 2025-26 One-Time Appropriations*** | **Gross** | **$2,500,000** | **($2,500,000)** |
| Removes $2.5 million of one-time GF/GP funding that was included in the FY 2025-26 budget to support the following:<br>• Trooper Recruit Schools ($1.0 million GF/GP)<br>• Cold Case Investigations ($600,000 GF/GP)<br>• Law Enforcement Communication Training ($500,000 GF/GP)<br>• Michigan Public Safety Critical Incident Mapping Grant ($400,000 GF/GP). | GF/GP | $2,500,000 | ($2,500,000) |

| Major Budget Changes from FY 2025-26 Year-to-Date (YTD) Appropriations | | FY 2025-26 YTD (as of 2/11/26) | Executive Change from YTD |
|---|---|---|---|
| ***4. Technical Adjustments*** | FTE | NA | 0.0 |
| Includes $9.0 million Gross to align authorization with available revenues for the following fund sources: | **Gross** | **NA** | **$9,016,600** |
| | IDG/IDT | NA | 301,700 |
| | Federal | NA | (1,510,400) |
| | Restricted | NA | 10,225,300 |
| | GF/GP | NA | $0 |

- Criminal Justice Information Center Service Fees ($5.5 million increase)
- Secondary Road Patrol and Training Fund ($3.0 million increase)
- Truck Driver Safety Fund ($1.0 million increase)
- Michigan Set Aside Fund ($600,000 increase)
- IDT, Michigan Justice Training Fund ($350,000 increase)
- Sex Offenders Registration Fund ($300,000 increase)
- Federal Indirect Funds ($250,000 increase)
- IDG, Training Academy Charges ($235,000 increase)
- Traffic Law Enforcement and Safety Fund ($136,100 increase)
- State Services Fee Fund ($44,200 increase)
- Highway Safety Fund ($33,100 increase)
- Hazardous Materials Training Center Fees ($3,700 reduction)
- Auto Theft Prevention Fund ($4,900 reduction)
- State Police Administrator and Coordinator 911 Fund ($7,200 reduction)
- IDG from Treasury, Casino Gaming Fees ($42,800 reduction)
- State Forensic Laboratory Fund ($63,000 reduction)
- State Police Dispatch Operator 911 Fund ($68,900 reduction)
- Department of Homeland Security ($69,400 reduction)
- Department of Transportation ($210,600 reduction)
- IDG from MDOT, State Trunk Line Fund ($240,500 reduction)
- Motor Carrier Fees ($250,000 reduction)
- Department of Justice ($1.5 million reduction).

Also includes the following internal net-to-zero transfers to align funding and FTE authorization with department activity:

- Transfers $2.0 million GF/GP and 15.0 FTE positions from the Grants and Community Services line item to the Executive Direction line item
- Transfers $178,900 Gross ($5,700 GF/GP) from the Commercial Vehicle Enforcement and Highway Safety Planning line items to the Department Services line item
- Transfers $151,600 in state restricted authorization and 1.0 FTE position from the Intelligence Operations line item to the Forensic Science line item
- Transfers 3.0 FTE positions from the Standards and Training line item to the Justice Training Grants line item.

| | | | |
|---|---|---|---|
| ***5. Economic Adjustments*** | **Gross** | **NA** | **$492,400** |
| Reflects increased costs of $492,400 Gross ($655,500 GF/GP reduction) for negotiated salary and wage increases (3.0% on October 1, 2026), actuarially required retirement contributions, worker's compensation, building occupancy charges, rent, and other economic adjustments. | IDG/IDT | NA | 189,900 |
| | Federal | NA | 547,500 |
| | Local | NA | 53,200 |
| | Restricted | NA | 357,300 |
| | GF/GP | NA | ($655,500) |

## Major Boilerplate Changes from FY 2025-26

### GENERAL SECTIONS

***Sec. 206. Disciplinary Action Against State Employees*** **– DELETED**
Prohibits the department from taking disciplinary action against department employees for communicating with members of the legislature or legislative staff unless the communication is prohibited by law and the department is exercising its authority. *(Governor deemed this section unenforceable.)*

**Major Boilerplate Changes from FY 2025-26**

***Sec. 208. State Administrative Board Transfers* – DELETED**
Authorizes the legislature to intertransfer funds via concurrent resolution if the State Administrative Board transfers funds. *(Governor deemed this section unenforceable.)*

***Sec. 210. Contingency Authorization* – REVISED**
Authorizes appropriation and expenditure of up to $2.0 million in federal and $4.0 million in state restricted contingency funds after transfer of funds to specific line items is approved. Executive revises to eliminate federal contingency authorization and to increase state restricted contingency authorization to $15.0 million.

***Sec. 215. Legislatively Directed Spending Items* – NEW**
Requires HFA/SFA to provide SBO a jointly agreed upon list of legislatively directed spending items within 30 days of enactment of the budget; requires the department that is administering the grants to post a report on March 15 and to update the report on June 15 and September 15.

***Sec. 217. E-Verify Requirement* – DELETED**
Requires the department to require contractors and subcontractors to use the E-Verify system to verify that all persons hired during the contract term are legally present and authorized to work in the United States; authorizes the department to verify the information directly or to receive certification from the contractor; requires the department to submit a report describing the processes it develops and implements; defines "E-Verify." *(Governor deemed this section unenforceable.)*

***Sec. 217. State Fiscal Recovery Funds* – NEW**
Requires state budget director to ensure all state fiscal recovery funds are expended by December 31, 2026, as required by law; automatically reappropriates any state fiscal recovery funds that would otherwise lapse after September 30, 2026, and makes them available for expenditure for the same purpose as originally authorized until December 31, 2026.

***Sec. 218. Impact of Federal Policy Changes* – DELETED**
Requires the department to report on federal policy changes that are expected to affect department operations, affect groups the department engages with, or create a regulatory gap.

***Sec. 218. Reallocation of State Fiscal Recovery Funds* – NEW**
Authorizes state budget director to reallocate state fiscal recovery funds that are in jeopardy of not being spent; authorizes reallocations for payroll and covered benefits for eligible public health and safety employees of the Departments of Corrections and State Police; requires applicable reporting to be followed; requires state budget director to notify appropriations committees not later than 10 days after reallocating funds.

***Sec. 219. Retention of Reports* – DELETED**
Requires the department to follow federal and state law and guidelines for short- and long-term retention of records; authorizes the department to electronically retain copies of reports unless otherwise required by federal and state guidelines.

***Sec. 220. Report on Policy Changes Made to Implement Public Acts* – DELETED**
Requires the department to report on each specific policy change made by the department to implement a public act affecting the department, including reference to the public act that necessitates the policy change.

***Sec. 221. Posting of Reports* – DELETED**
Requires the department to make required reports readily accessible to the public and conspicuously posted in a single archivable location on the department's website; requires the department to maintain reports from previous fiscal years in the same archivable location.

***Sec. 222. Expending Available Work Project Authorization* – DELETED**
Prohibits appropriations that have unexpended work project authorization associated with them, to the extent possible, from being expended until all existing work project authorization for the same purpose is exhausted. *(Governor deemed this section unenforceable.)*

***Sec. 224. Legacy Costs* – DELETED**
States the total amount of funding estimated to be expended on legacy costs in FY 2025-26 is $170.4 million ($130.0 million on pension-related legacy costs; $40.4 million on health care-related legacy costs).

***Sec. 225. Annual Strategic Plan* – DELETED**
Requires the department to provide a copy of its annual strategic plan which must include the mission, vision, goals, strategies, and performance measures of the department.

***Sec. 226. State Obligations* – DELETED**
Requires the department to report on any court settlement that may require further legislative review of state statutory programs or regulations.

**Major Boilerplate Changes from FY 2025-26**

***Sec. 227. Private and Third-Party Funds* – DELETED**
Requires the department to disclose on a publicly accessible website private and other third-party funds received in the previous fiscal year, including the amount and specific source of funding, the purpose for which funding was expended, and the amount of any remaining funds.

***Sec. 229. Data Privacy* – DELETED**
Expresses legislative intent that the department protect data from unauthorized access or use and lists measures; requires the department to notify data subjects if an unauthorized person accesses their information.

***Sec. 230. Legislatively Directed Spending Items* – DELETED**
Requires the legislature to provide the department and the state budget director with a list of legislatively directed spending items; provides requirements for the administration of grants; provides requirements for grant agreements; requires grant recipients to respond to reasonable information requests; provides deadline for grant expenditure; requires the department to post information about grant recipients on its website.

**DEPARTMENTAL ADMINISTRATION AND SUPPORT**

***Sec. 301. Post Closure or Consolidation* – DELETED**
Requires the department to notify listed recipients when it recommends closure or consolidation of any MSP post and to include a local and state impact study. *(Governor deemed this section unenforceable.)*

***Sec. 302. Privatization Project Plans* – DELETED**
Requires submission of a project plan if the department presents the state employer with a plan to privatize; requires evaluation to be submitted to appropriations subcommittees and fiscal agencies within 30 months. *(Governor deemed this section unenforceable.)*

***Sec. 305. Officer Evaluation Criteria* – DELETED**
Prohibits use of citation volumes as a metric for performance evaluation and prohibits setting a specified number of citations for an officer. *(Governor deemed this section unenforceable.)*

***Sec. 306. Placement of Local Headquarters* – REVISED**
Authorizes director of the department to establish and maintain local headquarters in various places as provided under section 7 of 1935 PA 59, MCL 28.7. Executive revises to authorize the department to purchase real property without the requirement to establish and maintain local headquarters. *(Governor deemed this section unenforceable.)*

**LAW ENFORCEMENT SERVICES**

***Sec. 403. Forensic Science* – REVISED**
Requires the department to provide forensic testing and DNA analysis services to aid in criminal investigations and to maintain accreditation of laboratories; stipulates turnaround times for forensic science services; requires the department to provide data on turnaround times, staffing levels, and backlogged cases. Executive revises to delete staffing and resources provisions.

**MICHIGAN COMMISSION ON LAW ENFORCEMENT STANDARDS**

***Sec. 501. Commission on Law Enforcement Standards* – REVISED**
Stipulates MCOLES' responsibilities and requires maintenance of proper staffing and resources to update standards within 120 days of enactment date of new applicable legislation; requires report summarizing MCOLES activities and distributions of training funds during prior calendar year. Executive revises to delete staffing and resources provisions.

**FIELD SERVICES**

***Sec. 601. General Law Enforcement and Traffic Safety* – REVISED**
Stipulates that MSP troopers shall not be prohibited from responding to criminal or emergency situations and shall make every effort to protect residents; requires the department to maintain staff and resources to enhance traffic safety and dedicate a minimum of 455,200 hours to statewide patrol; requires the department to report number of residence checks of registered sex offenders. Executive revises to delete staffing and resources provisions. *(Governor deemed the staffing and resources provisions unenforceable.)*

***Sec. 602. Criminal Investigations* – REVISED**
(1) Requires the department to identify and apprehend criminals through investigations; (2) requires maintenance of investigation hours; (3) requires the department to meet or exceed case clearance rate of 62%; (4) requires the department to provide training opportunities to local law enforcement partners related to gambling, opioid investigations, and other emerging issues; (5) requires the department to maintain staffing to investigate an average level of opioid cases and to link investigations among partners. Executive revises to delete items (2) through (5).

**Major Boilerplate Changes from FY 2025-26**

**SPECIALIZED SERVICES**

***Sec. 701. Intelligence and Special Operations* – REVISED**
(1) Requires the department to operate Michigan Intelligence Operations Center for Homeland Security (MIOC); (2) requires the department to provide timely and accurate information to partners regarding critical information key resource threats and to increase public awareness on how to report suspicious activity; (3) requires the department to operate Cyber Section and to maintain staffing; (4) requires the department to provide digital forensic analysis and states case turnaround goal. Executive revises to delete items (3) and (4). *{Governor deemed items (3) and (4) unenforceable.}*

***Sec. 702. Specialized Support Teams* – REVISED**
(1) Requires the department to provide specialized support services; (2) requires the department to maintain staffing and resources to provide training and maintain readiness to respond to an average number of specialty service requests; (3) requires canine unit to be available for call out 100% of the time; (4) requires bomb squad unit to be available for call out 100% of the time; (5) requires emergency support teams to be available for call out 100% of the time; (6) requires marine services team to be available for call out 100% of the time; (7) requires aviation services to be available for call out 100% of the time, unless prohibited by weather or mechanical breakdown; (8) requires maintenance of adequate levels of staffing and resources to provide security services at state Capitol Building and other state buildings and requires a minimum of 35,000 patrols at state-owned and leased facilities. Executive revises to delete items (2) through (8). *{Governor deemed items (2) through (8) unenforceable.}*

***Sec. 704. Emergency Management and Homeland Security* – REVISED**
(1) Requires the department to coordinate emergency and disaster response activities of governmental units; (2) authorizes expenditure of appropriated funds to call upon state agencies or departments to protect life or property or to protect health or safety of any area under a state of emergency or disaster; requires report to state budget director and submission of recommendations to legislature for supplemental appropriations; (3) authorizes the department to expend additional funds from various sources to provide emergency management training or emergency response activities with notification of legislature; limits federal receive and expend under this section and Sec. 232 to $750.0 million; (4) requires the department to maintain partnerships to protect the state from all hazards; (5) requires the department to serve local emergency management preparedness programs and local emergency planning committees, operate and maintain State Emergency Operations Center, respond to civil disorders and natural disasters at a specified level, and perform hazardous materials response training; (6) requires the department to conduct a minimum of three training sessions to enhance emergency response; (7) appropriates amounts necessary from Disaster and Emergency Contingency Fund to cover costs related to disasters and emergencies; (8) requires reporting if expenditures are made from the Disaster and Emergency Contingency Fund; (9) requires the department to report biannually on assessment of critical infrastructure vulnerabilities; (10) requires carryforward of unexpended revenue collected for the emergency management and homeland security training center. Executive revises to delete items (8) and (9). *{Governor deemed items (8) and (9) unenforceable.}*

**ONE-TIME APPROPRIATIONS**

***Sec. 801. Cold Case Investigations* – DELETED**
Requires the department to administer competitive grant program for universities that operate cold case programs with the department; provides for grant awards of up to $200,000 per recipient to support cold case program; requires grant funds to be used only for programmatic and operational expenses of a university's cold case program; defines "cold case program."

***Sec. 802. Law Enforcement Communication Training* – DELETED**
Requires MCOLES to provide training to law enforcement officers to assist with communication for those with language barriers or who are deaf or hard of hearing; requires training to be developed by an entity that is MCOLES-approved and holds an oral transliteration certificate; requires oral transliteration certificate to be held by an officer, board member, or principal of the entity administering training for at least one year; designates unexpended funds as work project appropriation.

***Sec. 803. Public Safety Critical Incident Mapping* – DELETED**
Requires the department to administer competitive grant program to assist counties in the development of critical incident mapping; limits individual grants to counties to $25,000 and limits overall eligibility to three individual grants; requires county recipients to use grant funds to implement critical incident mapping that satisfies certain criteria; authorizes the department to determine grant disbursement schedule.

| **Supplemental Recommendations for FY 2025-26 Appropriations** | | **FY 2025-26 Recommendation** |
|---|---|---|
| ***1. Grants and Community Services*** | **Gross** | **$2,774,000** |
| Includes $2.8 million in state restricted Auto Theft Prevention Fund revenue to support increased grant awards to auto theft prevention teams, prosecutors, and non-profit organizations. | Restricted<br>GF/GP | 2,774,000<br>$0 |
| ***2. Criminal Justice Information Center*** | **Gross** | **$1,550,000** |
| Includes $1.4 million in state restricted Michigan Set Aside Fund revenue to support systems and temporary staff for the Clean Slate Initiative. Also includes $150,000 in state restricted Sex Offenders Registration Fund revenue to maintain existing system operations. | Restricted<br>GF/GP | 1,550,000<br>$0 |
| ***3. Forensic Science*** | **Gross** | **$1,200,000** |
| Includes $1.2 million in state restricted State Services Fee Fund revenue to support forensic science equipment upgrades and facilities maintenance. | Restricted<br>GF/GP | 1,200,000<br>$0 |
| ***4. Information Technology Services and Projects*** | **Gross** | **$1,000,000** |
| Includes $1.0 million in state restricted Criminal Justice Information Center service fee revenue to support various information technology systems upgrades. | Restricted<br>GF/GP | 1,000,000<br>$0 |
| ***5. Biometrics and Identification*** | **Gross** | **$700,000** |
| Includes $700,000 in state restricted Criminal Justice Information Center service fee revenue to support a one-time Automated Print Identification System record digitization project. | Restricted<br>GF/GP | 700,000<br>$0 |
| ***6. Training Operations*** | **Gross** | **$500,000** |
| Includes $500,000 in intradepartmental transfer Michigan Justice Training Fund grant revenue. | IDG/IDT<br>GF/GP | 500,000<br>$0 |