# EXHIBIT 6

Updated: 02/18/2026

**DEPARTMENT OF ATTORNEY GENERAL**
**FUNDING HISTORY**

SENATE FISCAL AGENCY

| Fiscal Year | Full-Time Equated Positions (FTEs) | Interdepartmental Grants Received (IDGs) | Federal Funds | Local and Private Funds | State Restricted | General Fund | Gross Appropriations |
|---|---|---|---|---|---|---|---|
| FY 2000-01 | 595.0 | $9,473,700 | $7,620,364 | $1,149,200 | $8,374,800 | $35,271,000 | $61,889,064 |
| FY 2001-02 | 595.0 | 9,756,900 | 8,377,700 | 1,171,600 | 8,871,900 | 35,475,300 | 63,653,400 |
| FY 2002-03 | 586.5 | 9,917,900 | 8,822,700 | 1,183,000 | 9,216,400 | 32,363,383 | 61,503,383 |
| FY 2003-04 | 562.0 | 10,810,600 | 9,563,800 | 0 | 10,870,100 | 30,259,900 | 61,504,400 |
| FY 2004-05 | 558.0 | 12,545,500 | 9,594,300 | 0 | 10,485,000 | 31,052,900 | 63,677,700 |
| FY 2005-06 | 560.0 | 13,408,400 | 9,827,100 | 0 | 11,011,400 | 31,501,200 | 65,748,100 |
| FY 2006-07 | 559.0 | 13,539,300 | 9,960,700 | 0 | 11,175,800 | 30,471,000 | 65,146,800 |
| FY 2007-08 | 556.0 | 23,054,300 | 7,816,000 | 0 | 10,217,300 | 32,036,600 | 73,124,200 |
| FY 2008-09 | 537.0 | 24,024,900 | 8,435,700 | 0 | 11,790,200 | 29,918,200 | 74,169,000 |
| FY 2009-10 | 537.0 | 21,441,800 | 8,530,400 | 0 | 15,121,500 | 28,577,800 | 73,671,500 |
| FY 2010-11 | 514.0 | 21,371,500 | 8,565,700 | 0 | 14,916,500 | 26,894,200 | 71,747,900 |
| FY 2011-12 | 523.0 | 24,146,700 | 9,299,900 | 100,000 | 22,476,500 | 30,607,400 | 86,630,500 |
| FY 2012-13 | 509.0 | 25,533,600 | 9,980,300 | 0 | 19,001,000 | 33,825,800 | 88,340,700 |
| FY 2013-14 | 511.0 | 27,764,900 | 9,838,200 | 0 | 17,055,500 | 34,481,300 | 89,139,900 |
| FY 2014-15 | 513.5 | 28,523,300 | 9,857,200 | 0 | 17,174,700 | 38,267,100 | 93,822,300 |
| FY 2015-16 | 518.5 | 28,637,400 | 9,278,600 | 0 | 18,478,200 | 37,013,400 | 93,407,600 |
| FY 2016-17 | 531.0 | 30,075,400 | 10,153,700 | 530,000 | 21,762,500 | 42,840,500 | 105,362,100 |
| FY 2017-18 | 532.0 | 30,470,300 | 9,559,200 | 85,000 | 21,561,900 | 42,248,600 | 103,925,000 |
| FY 2018-19 | 531.0 | 31,758,900 | 10,007,300 | 0 | 22,427,200 | 41,841,800 | 106,035,200 |
| FY 2019-20 | 536.4 | 34,373,000 | 10,218,100 | 0 | 20,619,400 | 37,547,600 | 102,758,100 |
| FY 2020-21 | 537.4 | 35,285,800 | 10,431,100 | 0 | 20,488,300 | 41,298,400 | 107,503,600 |
| FY 2021-22 | 541.4 | 35,083,600 | 9,868,400 | 0 | 20,390,800 | 47,126,000 | 112,468,800 |
| FY 2022-23 | 543.4 | 35,954,600 | 10,101,900 | 0 | 32,071,700 | 51,429,800 | 129,558,000 |
| FY 2023-24 | 605.4 | 36,235,500 | 10,063,800 | 0 | 20,773,100 | 76,289,000 | 143,361,400 |
| FY 2024-25 | 621.4 | 39,527,600 | 10,566,600 | 0 | 22,480,400 | 57,409,100 | 129,983,700 |
| FY 2025-26 | 679.0 | 39,381,700 | 10,567,200 | 950,000 | 30,223,700 | 45,278,000 | 126,400,600 |