**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**MEGAN MORYC**,

Plaintiff,

v.

**MICHIGAN STATE POLICE**, et al.,

Defendants.

Case No. 1:25-cv-1127

Hon. Robert J. Jonker
Mag. Phillip J. Green

---

## CERTIFICATE OF COMPLIANCE WITH LOCAL CIVIL RULE 7.1(D)

Plaintiff hereby certifies, in compliance with Local Civil Rule 7.1(d), the following:

1. On July 10, 2026, at 9:00am, counsel for Plaintiff and Counsel for Defendants met and conferred for approximately 30 minutes to discuss a protective order and discussed impending discovery disputes, where Plaintiff sought detailed examples of MSP's concerns.

2. On July 20, 2026, counsel for Defendants provided a preliminary list of impending objections, and the parties exchanged additional communications from July 21 through July 29, 2026.

3. Counsel for Plaintiff and Counsel for Defendant met and conferred again for approximately 30 minutes on August 6, 2026, at 3:30pm, regarding the insufficiency of Defendants' discovery responses served on July 24, 2026.

4. Though a motion to compel was discussed in the August 6, 2026, meet and confer, on August 20, 2026, Plaintiff's undersigned counsel formally sought counsel for Defendant's concurrence with this motion and the relief requested and explained the nature of the motion and its legal basis pursuant to Local Rule 7.1(D).

5. On August 24, 2026, Counsel for Defendant confirmed they do not concur with this motion. Ex. 1, Concurrence.

6. Given the length of time since Plaintiff's discovery requests were served, and the lack of any agreement between the parties regarding resolutions, Plaintiff files its Motion to Compel to be heard before the Court to continue moving discovery forward.

Dated: August 24, 2026

Respectfully Submitted,
ABDNOUR WEIKER LLP

***/s/ Nicole Cote***

Elizabeth K. Abdnour (P78203)
Nicole E. Cote (P86815)
Mitchell D. Sickon (P82407)
325 E. Grand River Ave., Ste. 250
East Lansing, MI 48823
(517) 994-1776
liz@education-rights.com
nicole@education-rights.com
mitch@education-rights.com
*Attorneys for Plaintiff*

**CERTIFICATION OF SERVICE**

I hereby certify that on August 24, 2026, I filed this Document by use of this Court's ECF system, which will serve copies to all counsel of record.

***/s/ Nicole Cote***