UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MEGAN MORYC,

Plaintiff,

v

MICHIGAN STATE POLICE, a Department of the State of Michigan; ~~JAMES F. GRADY II~~; ~~AIMEE BRIMACOMBE~~; LISA GEE-CRAM; DALE HINZ; ~~CAMERON HENKE~~; JASON NEMECEK; ~~MICHAEL DILLON~~; ~~ERIC DARLING~~; KANDYCE HERR; THOMAS DEASY; ~~MATTHEW WILLIAMS~~; NICOLE BOCK; ~~KEVIN SWEENEY~~; ~~ANDREW FIAS~~; RYAN MAKI; ~~MICHAEL STEPHENS~~; ~~CARISSA HORAN~~; BRIAN BUEGE; ~~ROBERT DAVIS~~; and ~~SCOTT ZIESMAN~~; officially and in their personal capacities,

Defendants.

No. 1:25-cv-1127

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

**EXHIBIT A**
**TO BRIEF IN SUPPORT OF MICHIGAN STATE POLICE'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

**Exhibit A**
**KLDiscovery's Estimate**

---

Elizabeth K. Abdnour (P78203)
Nicole Cote (P86815)
Mitchell D. Sickon (P82407)
ABDNOUR WEIKER LLP
Attorneys for Plaintiff
325 E. Grand River Ave., Suite 250
East Lansing, MI 48823
517.292.0067
liz@education-rights.com
nicole@education-rights.com

Ashley Ames Dylenski (P88208)
Attorney for Plaintiff
528 Virgina Ave, #2
Ann Arbor, MI 48103
347.844.0834
aadylenski@gmail.com

Mary A. Waddell (P70545)
Ryan Wier (P83886)
Shelley M. McCormick (P80311)
Assistant Attorneys General
Attorneys for Defendants
MI Dep't of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
517.335.7573
waddellm1@michigan.gov
wierr2@michigan.gov
mccormicks@michigan.gov

/

KLDiscovery

| Assumptions | Low | High |
|---|---|---|
| Source GB | 980 | 2,000 |
| Decompression Rate | 50% (1,470 GB) | 50% (3,000 GB) |
| Filter Survival Rate | 30% (441 GB) | 30% (900 GB) |
| Hosted Expansion Rate | 20% (530 GB) | 20% (1,080 GB) |
| Production Rate | 15% (67 GB) | 15% (135 GB) |
| Documents per GB | 3,500 | 3,500 |
| Documents for Review | 1,543,500 | 3,150,000 |
| PM / Tech Hours Per Month | 6 / 3 | 6 / 3 |

**Description:** 7608948 – Michigan Department of Attorney General - Moryc v MSP – Estimate – 08.26.26

**Any total charges represented in this document are purely estimates and shall not be binding. KLDiscovery shall invoice for services rendered by applying actual data sizes per line item and time spent to the contractually agreed upon unit prices.**

| ANTICIPATED SERVICES | Unit | Unit Price | Low Est. Quantity | High Est. Quantity | Low Est. Price | High Est. Price |
|---|---|---|---|---|---|---|
| **DATA PROCESSING** | | | | | | |
| **Ingestion** Ingest, de-duplicate, and index content for keyword, date, and other Boolean/advanced filtering techniques. Identification and OCR of all non-full text documents. | GB | $15.00 | 1,470 | 3,000 | $22,050.00 | $45,000.00 |
| **Promotion to Review** Process data responsive to the filters applied. Promote responsive documents to an active workspace. | GB | $75.00 | 441 | 900 | $33,075.00 | $67,500.00 |
| **ONLINE DATA HOSTING** | | | | | | |
| **Active Hosting** Includes database setup, text, native & image access to data in an active state within a KLDiscovery review platform. Active hosting charges for a given month shall be based on the largest data count hosted at any given time during the calendar month being billed. Active hosting will continue to be charged until the data is deleted or moved to Nearline Hosting or Offline Archive Storage following a written request. | GB / Month | $8.00 | 530 GB X 24 Months | 1080 GB X 24 Months | $101,760.00 | $207,360.00 |
| **User Access Relativity** Monthly user fee for Relativity Review. This fee may be adjusted with advance notice to take into account price increases from Relativity. | User / Month | $75.00 | 8 Users X 24 Months | 10 Users X 24 Months | $14,400.00 | $18,000.00 |
| **PRODUCTION SERVICES** | | | | | | |
| **Native & Image Production** Produce metadata, natives, image and extracted text in a load file format (includes endorsements/branding).<br>*Charges will apply to any record imaged. regardless of whether they are ultimately used in production. | GB | $195.00 | 67 | 135 | $13,065.00 | $26,325.00 |
| **PROFESSIONAL SERVICES** | | | | | | |
| **Project Management** Consultative and customized support including but not limited to transmittal and analysis of electronically stored information, customized processing solutions, document review workflow design, document production query design, and quality control customization.<br>***Complimentary 10 professional hours per month (aggregate)** | Hour | $150.00 | 6 Hours X 24 Months | 6 Hours X 24 Months | $21,600.00 | $21,600.00 |
| **Technical Support** Billable operations. Includes but not limited to processing and loading of 3rd party data into KLDiscovery review platform, including customization of load files. Create custom load file production template or special handling for productions. Technical support for review platforms. Support time is rounded up to 6-minute (0.1 hour) increments. All hours incurred (including weekends & holidays) billed at standard flat rate.<br>***Complimentary 10 professional hours per month (aggregate)** | Hour | $150.00 | 3 Hours X 24 Months | 3 Hours X 24 Months | $10,800.00 | $10,800.00 |
| | | | | **TOTAL ESTIMATED CHARGES** | **$203,685.00** | **$396,585.00** |

***For line items priced by the gigabyte, the gigabyte count is rounded up to the next whole gigabyte on a monthly basis in calculating fees.***
***Estimate is valid for 60 days from the date of proposal. After this time, rates are subject to change.***
***Should the project scope change a new estimate can be provided if requested.***

*This document is proprietary and confidential and intended solely for the private and exclusive use of the client only in connection with engagements of KLDiscovery. Any other use is strictly prohibited without the prior written consent of KLDiscovery.*

| ADVANCED REVIEW SERVICES<br>ASSUMES LINEAR REVIEW<br>Estimated review of 1,543,500 to 3,150,000 Documents in 70 to 94 Days from the starting review date. | | | | | | |
|---|---|---|---|---|---|---|
| **US Based Reviewers** | **Unit** | **Unit Price** | **Low Est. Quantity** | **High Est. Quantity** | **Low Est. Price** | **High Est. Price** |
| **1L/2L/Redactions/Privilege Review** Legally qualified document reviewers hand-selected and approved by client for higher-value work. | Hour | $39.00 | 34,428 | 70,192 | $1,342,692.00 | $2,737,488.00 |
| **Team Lead / QC** Senior level legally qualified document reviewers responsible for quality assurance and first-line team oversight. | Hour | $55.00 | 4,480 | 9,024 | $246,400.00 | $496,320.00 |
| **Document Review – Manager** Direct oversight of review team by legally qualified document reviewer manager with significant understanding of legal process and requirements for running successful document review project. | Hour | $125.00 | 1,130 | 1,514 | $141,250.00 | $189,250.00 |
| **User Access (Document Review Team)** User Access for Document Review Team. | User / Month | $75.00 | TBD Users X TBD Months | TBD Users X TBD Months | As Incurred | As Incurred |
| | | | | **TOTAL ESTIMATED CHARGES** | **$1,730,342.00** | **$3,423,058.00** |

| ADVANCED REVIEW SERVICES<br>ASSUMES TAR REVIEW<br>Estimated review of 771,750 to 1,575,000 Documents in 36 to 48 Days from the starting review date. | | | | | | |
|---|---|---|---|---|---|---|
| **US Based Reviewers** | **Unit** | **Unit Price** | **Low Est. Quantity** | **High Est. Quantity** | **Low Est. Price** | **High Est. Price** |
| **1L/2L/Redactions/Privilege Review** Legally qualified document reviewers hand-selected and approved by client for higher-value work. | Hour | $39.00 | 17,278 | TBD | $673,842.00 | $1,372,488.00 |
| **Team Lead / QC** Senior level legally qualified document reviewers responsible for quality assurance and first-line team oversight. | Hour | $55.00 | 2,304 | TBD | $126,720.00 | $253,440.00 |
| **Document Review – Manager** Direct oversight of review team by legally qualified document reviewer manager with significant understanding of legal process and requirements for running successful document review project. | Hour | $125.00 | 586 | TBD | $73,250.00 | $97,250.00 |
| **User Access (Document Review Team)** User Access for Document Review Team. | User / Month | $75.00 | TBD Users X TBD Months | TBD Users X TBD Months | As Incurred | As Incurred |
| | | | | **TOTAL ESTIMATED CHARGES** | **$873,812.00** | **$1,723,178.00** |

*This document is proprietary and confidential and intended solely for the private and exclusive use of the client only in connection with engagements of KLDiscovery. Any other use is strictly prohibited without the prior written consent of KLDiscovery.*