UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MEGAN MORYC,

Plaintiff,

v.

MICHIGAN STATE POLICE, et al.,

Defendants.
________________________________/

Case No. 1:25−cv−01127−RJJ−PJG

Hon. Robert J. Jonker

# NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

| | |
|---|---|
| Motion(s): | Motion to Compel − #30 |
| Date/Time: | September 23, 2026 03:00 PM |
| Magistrate Judge: | Phillip J. Green |
| Place/Location: | 499 Federal Building, Grand Rapids, MI |

PHILLIP J. GREEN
U.S. Magistrate Judge

Dated: September 14, 2026

By: /s/ Jessica K. Wright
Judicial Assistant