UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MEGAN MORYC,

Plaintiff,

v

MICHIGAN STATE POLICE, a Department of the State of Michigan; ~~JAMES F. GRADY II~~; ~~AIMEE BRIMACOMBE~~; LISA GEE-CRAM; DALE HINZ; ~~CAMERON HENKE~~; JASON NEMECEK; ~~MICHAEL DILLON~~; ~~ERIC DARLING~~; KANDYCE HERR; THOMAS DEASY; ~~MATTHEW WILLIAMS~~; NICOLE BOCK; ~~KEVIN SWEENEY~~; ~~ANDREW FIAS~~; RYAN MAKI; ~~MICHAEL STEPHENS~~; ~~CARISSA HORAN~~; BRIAN BUEGE; ~~ROBERT DAVIS~~; and ~~SCOTT ZIESMAN~~; officially and in their personal capacities,

Defendants.

No. 1:25-cv-1127

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

---

Elizabeth K. Abdnour (P78203)
Nicole Cote (P86815)
Mitchell D. Sickon (P82407)
ABDNOUR WEIKER LLP
Attorneys for Plaintiff
325 E. Grand River Ave., Suite 250
East Lansing, MI 48823
517.292.0067
liz@education-rights.com
nicole@education-rights.com

Ashley Ames Dylenski (P88208)
Attorney for Plaintiff
528 Virgina Ave, #2
Ann Arbor, MI 48103
347.844.0834
aadylenski@gmail.com

Mary A. Waddell (P70545)
Ryan Wier (P83886)
Shelley M. McCormick (P80311)
Assistant Attorneys General
Audrey J. Forbush (P41744)
Special Assistant Attorney General
Attorneys for Defendants
MI Dep't of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
517.335.7573
waddellm1@michigan.gov
wierr2@michigan.gov
mccormicks@michigan.gov

---/

**DEFENDANTS' MOTION FOR A JUDGMENT ON THE PLEADINGS**
**UNDER FED. R. CIV. P. 12(C)**

Defendants Michigan State Police ("MSP"), Gee-Cram, Hinz, Nemecek, Herr, Deasy, Bock, Maki, and Buege (collectively, Defendants), by and through counsel, move this Court for a Judgment on the Pleadings, under Fed. R. Civ. P. 12(C), for the reasons set forth in the attached Brief in Support. Concurrence in the relief requested was sought via email dated September 4, 2026 and by follow-up on September 11, 2026, but concurrence was not obtained. W.D. Mich. L. Civ. R. 7.1

Defendants respectfully request that the Court (1) grant this motion for a judgment on the pleadings, (2) grant qualified immunity to the individual Defendants, (3) dismiss all Plaintiff's claims with prejudice, and (4) grant Defendants such additional and further relief as the Court deems appropriate.

Respectfully submitted,

/s/ *Mary A. Waddell*
Mary A. Waddell
Assistant Attorney General
Attorney for Defendants
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
Waddellm1@michigan.gov
P70545

Dated: September 22, 2026

**CERTIFICATE OF SERVICE**

I certify that on September 22, 2026, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record, and I certify that my secretary has mailed by U.S. Postal Service the papers to any non-ECF participant.

/s/ *Mary A. Waddell*
Mary A. Waddell
Assistant Attorney General
Attorney for Defendants
State Operations Division