UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MEGAN MORYC,

Plaintiff,

v

MICHIGAN STATE POLICE, a Department of the State of Michigan; ~~JAMES F. GRADY II~~; ~~AIMEE BRIMACOMBE~~; LISA GEE-CRAM; DALE HINZ; ~~CAMERON HENKE~~; JASON NEMECEK; ~~MICHAEL DILLON~~; ~~ERIC DARLING~~; KANDYCE HERR; THOMAS DEASY; ~~MATTHEW WILLIAMS~~; NICOLE BOCK; ~~KEVIN SWEENEY~~; ~~ANDREW FIAS~~; RYAN MAKI; ~~MICHAEL STEPHENS~~; ~~CARISSA HORAN~~; BRIAN BUEGE; ~~ROBERT DAVIS~~; and ~~SCOTT ZIESMAN~~; officially and in their personal capacities,

Defendants.

No. 1:25-cv-1127

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

---

# EXHIBIT A

MDCR Complaint 1

| **CHARGE OF DISCRIMINATION**<br>***This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form.*** | | *COMPLAINT/CHARGE NUMBER*<br>MDCR #: 643570<br>EEOC #: 23A-2024-00781 |
|---|---|---|
| **MICHIGAN DEPARTMENT OF CIVIL RIGHTS and THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** | | |
| NAME (Indicate Mr., Ms., Mrs.)<br>Megan Moryc | | TELEPHONE NO. (Include Area Code)<br>[redacted] |
| STREET ADDRESS, CITY, STATE AND ZIPCODE<br>[redacted] | | |
| *Named is the employer, labor organization, employment agency, apprenticeship committee, state or local government agency who discriminated against me.* | | |
| NAME<br>Michigan State Police | # EMPL/MEMBERS<br>100 | TELEPHONE NO. (Include Area Code)<br>517-284-3369 |
| STREET ADDRESS, CITY, STATE AND ZIPCODE<br>7150 Harris Drive, Dimondale, MI 48821 | | |
| CAUSE OF DISCRIMINATION BASED ON<br>Sex | | DATE OF MOST RECENT OR CONTINUING DISCRIMINATION<br>March 16, 2024 |

I am a woman and allege I was subjected to other terms and conditions on March 16, 2024, due to my sex.

I was hired by the respondent on March 27, 2016, and currently work as a Michigan State Trooper at 7150 Harris Drive in Dimondale, Michigan.

**Other terms & conditions 3/16/2024 Sex**

On August 17, 2023, I filed a sexual assault complaint against my former domestic partner with respondent's male representative. On March 16, 2024, I received notification of the complaint being closed without thoroughly addressing my allegations. I am aware of other male colleagues who were similarly situated but their complaints were thoroughly investigated. I believe my sex was a factor in the other terms and conditions.

This complaint is based on the following law:

Elliott-Larsen Civil Rights Act No 453, Public Act of 1976, as amended
Title VII, US Civil Rights Act of 1964, as amended

I have read the certified complaint and to the best of my knowledge, information, and belief, the allegations are grounded in fact. This certified complaint is made in good faith and not made for any improper purpose, including to harass or to cause unnecessary expense.

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number, and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

2024-04-03 15:20:33 UTC E-SIGNED by Megan Moryc on 2024-04-03 15:20:33 EDT

Date Signature of Charging Party / Claimant