UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MEGAN MORYC,

Plaintiff,

v

MICHIGAN STATE POLICE, a Department of the State of Michigan; ~~JAMES F. GRADY II~~; ~~AIMEE BRIMACOMBE~~; LISA GEE-CRAM; DALE HINZ; ~~CAMERON HENKE~~; JASON NEMECEK; ~~MICHAEL DILLON~~; ~~ERIC DARLING~~; KANDYCE HERR; THOMAS DEASY; ~~MATTHEW WILLIAMS~~; NICOLE BOCK; ~~KEVIN SWEENEY~~; ~~ANDREW FIAS~~; RYAN MAKI; ~~MICHAEL STEPHENS~~; ~~CARISSA HORAN~~; BRIAN BUEGE; ~~ROBERT DAVIS~~; and ~~SCOTT ZIESMAN~~; officially and in their personal capacities,

Defendants.

No. 1:25-cv-1127

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

---

# EXHIBIT E

Order

STATE OF MICHIGAN
CIRCUIT COURT FOR THE 30TH JUDICIAL CIRCUIT
INGHAM COUNTY

MICHIGAN STATE POLICE,

Plaintiff/Counter-Defendant,

v

MICHIGAN STATE POLICE TROOPERS ASSOCIATION,

Defendant/Counter-Plaintiff.

No. 22-0136-CZ

HON. ROSEMARIE E. AQUILINA

---

Mary A. Waddell (P70545)
Kyla L. Barranco (P81082)
Assistant Attorneys General
Attorneys for Plaintiff/Counter-Defendant
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
waddellm1@michigan.gov
barrancok@michigan.gov

Timothy J. Dlugos (P57179)
White Schneider PC
Attorneys for Defendant/Counter-Plaintiff
1223 Turner Street, Suite 200
Lansing, MI 48906
(517) 347-7205
tdlugos@whiteschneider.com

---/

## ORDER REGARDING ARBITRATION AWARD

This matter having come before the Court on Defendant/Counter-Plaintiff's Brief in Support of Refund of COBRA payments. The Court having reviewed the briefs, heard the arguments of counsel and being otherwise fully advised in the premises, for the reasons stated on the record, it is hereby:

**ORDERED** that Defendant/Counter-Plaintiff's request for the refund of COBRA payments and for the restoration of, or payout for, compensatory time is MOOT it is further,

**ORDERED and ADJUGED** that the Michigan State Police has fully and completely complied with all obligations imposed upon it by the arbitration award concerning Megan Moryc dated February 3, 2022. It is further,

**ORDERED** that the Michigan State Police owes Megan Moryc nothing further pursuant to the arbitration award, including, but not limited to any additional compensation, wages, salary, leave or other accrued time, fringe benefits, insurance or other employment benefits, benefit credits, retirement or pension-related benefits, or any other monetary or nonmonetary relief. It is further,

**ORDERED** that the arbitration award is fully satisfied and discharged and the Michigan State Police has no further obligations to Megan Moryc arising from or related to the arbitration award dated February 3, 2022 or her termination on or about August 9, 2021.

**ORDERED** that this Order does not resolve the last pending claim or close the case.

So Ordered.

Dated: 18 AUG 26

Rosemarie E. Aquilina

Hon. Rosemarie E. Aquilina
Circuit Court Judge