**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**MINUTES**

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:25-cv-01127-RJJ | 9/23/2026 | 3:02 - 4:28 PM | Phillip J. Green |

**CASE CAPTION**

Moryc v. Michigan State Police et al

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| Nicole Cote<br><br>Elizabeth Kamm Abdnour | Plaintiff |
| Mary Allison Waddell<br><br>Ryan Wier | Defendants |

**PROCEEDINGS**

**NATURE OF HEARING:**

Motion Hearing held regarding ECF NO.30 MOTION to compel by plaintiff Megan Moryc; notice to issue.

Proceedings NOT Recorded
Deputy Clerk: A. Doezema