UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MEGAN MORYC,

Plaintiff,

Case No. 1:25−cv−01127−RJJ−PJG

v.

Hon. Robert J. Jonker

MICHIGAN STATE POLICE, et al.,

Defendants.
________________________________/

# NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

| | |
|---|---|
| Motion(s): | Motion to Compel − #30 |
| Date/Time: | September 28, 2026 03:00 PM |
| Magistrate Judge: | Phillip J. Green |
| Place/Location: | 499 Federal Building, Grand Rapids, MI |

**If the parties have resolved any portion of the motion(s), they shall file a joint status report two business days before the hearing identifying what issues remain in dispute.**

*Parties shall no later than 5:00 p.m. on Friday, September 25, 2026, file their notice regarding the remaining issues left for the Court to address. The Court may cancel the hearing if no issues remain.*

PHILLIP J. GREEN
U.S. Magistrate Judge

Dated: September 24, 2026

By: /s/ Jessica K. Wright
Judicial Assistant