# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**MEGAN MORYC,**
Plaintiff,

v.

**MICHIGAN STATE POLICE**, et al.,
Defendants.

Case No. 1:25-cv-1127

Hon. Robert J. Jonker
Mag. Phillip J. Green

---

**JOINT RESOLUTION OF DISPUTES REGARDING PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT MICHIGAN STATE POLICE**

Following the September 23, 2026 Motion to Compel hearing and subsequent conference between the parties, both parties agree to modify Plaintiff's First Set of Discovery Requests and Defendant shall respond pursuant to the following:

**INTERROGATORIES**

**INTERROGATORY NO. 1:**

Identify every person who witnessed, has knowledge of, or was interviewed regarding the alleged incidents of sexual harassment, discrimination, or retaliation outlined in the Complaint.

**Modified Request: Identify every person who witnessed, interviewed, and is reasonably believed to have knowledge of the alleged incidents of sexual harassment, discrimination, or retaliation outlined in the Complaint, including Jake and Patrick Agema, Amy Brimacombe, Grady, and Brody Boucher.**

***Additional Notes: Defendant will interview individuals, see if they had knowledge, and re-list everyone who was in the reports will refer to the reports***

**INTERROGATORY NO. 2:**

Identify all individuals involved in the decisions to take adverse action (e.g., ~~recommendations of~~ suspension, termination, or other disciplinary ~~or legal~~ actions) against Plaintiff.

**Modified Request:** **Identify all individuals involved in the most recent decision to suspend and terminate Plaintiff. Timeline is October 2024 forward.**

**INTERROGATORY NO. 3:**

State all specific facts ~~and identify all documents~~ supporting any legitimate, non-discriminatory reasons for any suspension and termination from October 2024 forward. ~~adverse employment actions taken against Plaintiff.~~

**Modified Request:** **State all specific facts supporting any legitimate, non-discriminatory reasons for any suspension and termination of Plaintiff from October 2024 forward.**

~~**INTERROGATORY NO. 4: (withdrawn)**~~

State whether you were aware of the hostile work environment at the Lakeview Post, and if so, state how and when you became aware.

~~**INTERROGATORY NO. 5: (withdrawn)**~~

State whether You contend Plaintiff engaged in misconduct that would have resulted in termination, regardless of any alleged discrimination and/or retaliation, and if so, state all specific facts and identify all documents supporting that contention.

**~~INTERROGATORY NO. 6: (withdrawn)~~**

Identify every physical and/or electronic location where a current or past MSP employee's personnel, email, and complaint records may be maintained (including, but not limited to, specific departments within MSP, such as Labor Relations, Professional Standards, or Training and Recruitment, and/or any third parties subject to service-level agreements (such as, but not limited to, the Michigan Civil Service Commission)).

**~~INTERROGATORY NO. 7: (withdrawn)~~**

Identify the person(s) responsible for maintaining the personnel, email, and complaint files in each of the locations identified in Interrogatory No. 6.

**INTERROGATORY NO. 8:**

Identify in detail all internal investigations conducted regarding complaints involving Plaintiff, including the dates the complaints were filed; subjects of the complaints; identities of all investigators, decision makers, complainants, respondents, witnesses, and interviewees; dates of interviews; findings; and final determinations and dates.

**Modified Request: Identify a list of PSS internal investigations regarding complaints where Plaintiff was a subject, complainant, or witness.**

**INTERROGATORY NO. 9:**

Identify all MSP policies, ~~whether draft, preview, or~~ current, related to harassment, discrimination, and retaliation, and state whether, and if so when, Plaintiff and Defendants

acknowledged that they were provided copies of, trained on, and/or affirmed that they had read and understood these policies.

**Modified Request: Provide a list of all adopted MSP policies related to harassment, discrimination, and retaliation from 2023 forward. If the policies have already been produced, identify the corresponding bates numbers.**

**INTERROGATORY NO. 10:**

Identify all complaints of sex discrimination, sexual harassment, or retaliation made by any MSP employee against any other MSP employee within the Sixth District made within the last fifteen years.

**Modified Request: Identify all complaints of sex discrimination, sexual harassment, or retaliation made against Trooper Antcliff within the last fifteen years.**

**~~INTERROGATORY NO. 11: (withdrawn)~~**

Describe in detail the process by which you will seek and collect responsive discovery in this matter, including but not limited to all communications, recordings, and tangible evidence.

**~~INTERROGATORY NO. 12: (withdrawn)~~**

Identify all individuals who have any role in collecting, storing, redacting, and/or providing responses to Plaintiff's discovery requests in this matter.

**~~INTERROGATORY NO. 13: (withdrawn)~~**

Explain in detail the process for securing and maintaining the information stored in an MSP employee's work-provided communications device once You regain physical control of the device from the employee and provide copies of any relevant policies.

**~~INTERROGATORY NO. 14: (withdrawn)~~**

Describe the process that MSP uses to decide who is a part of the Leadership Team, when those choices are made, what the Leadership Team's priorities and goals are, and identify what authority the Leadership Team has or policies it uses to regulate its membership and effectuate its goals.

**~~INTERROGATORY NO. 15: withdrawn~~**

Identify all documents, records, and any other items You maintain related to Plaintiff.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:**

Please identify and produce all documents relied on, identified, or referred to in your Initial Disclosures.

**Resolution: Defendant will produce all responsive Bates numbers.**

**REQUEST FOR PRODUCTION NO. 2:**

Please identify and produce all documents relied on, identified, or referred to in answering Plaintiff's Interrogatories to you.

**Resolution: Defendant will produce an updated response pursuant to the interrogatories that will be responded to.**

**~~REQUEST FOR PRODUCTION NO. 3: (withdrawn)~~**

Please identify and produce all documents referring to the matters alleged in the Complaint or your Answer.

**~~REQUEST FOR PRODUCTION NO. 4: (withdrawn)~~**

Please identify and produce any statements, declarations, or affidavits (draft or final, signed or unsigned) received by you or anyone acting on your behalf from any person relating to the matters alleged in the Complaint or your Answer.

**REQUEST FOR PRODUCTION NO. 5:**

Please identify and produce all documents relating to any communications between you and any other person regarding the matters alleged in the Complaint or your Answer, including but not limited to video or audio recordings and all documents or communications referencing Plaintiff.

**Modified Request: Produce any recording of Plaintiff's conversation with Buege on October 2, 2024.**

~~**REQUEST FOR PRODUCTION NO. 6: (withdrawn)**~~

Please identify and produce all discovery that was produced to Plaintiff in *Moryc v. MSP*, Eaton County Circuit Court Case No. 24-657-CD. Plaintiff is willing to withdraw this request if You are willing to stipulate to the use of this evidence in this matter.

~~**REQUEST FOR PRODUCTION NO. 7: (withdrawn)**~~

Please identify and produce all records created by and communication to, from, between, or among MSP employees related to *Moryc v. MSP*, Eaton County Circuit Court Case No. 24-657-CD, including but not limited to all current or previous MSP employees assigned to the Lakeview Post and Defendants Gee-Cram, Hinz, Nemecek, Herr, Deasy, Bock, Maki, and Buege.

~~**REQUEST FOR PRODUCTION NO. 8: (withdrawn)**~~

Please identify and produce all MSP records retention and disposal schedules and policies.

**REQUEST FOR PRODUCTION NO. 9:**

Please identify and produce all MSP policies and procedure manuals from the 6th District and Lakeview Post, all ~~MSP-wide policies~~ and procedures related to workplace harassment, discrimination, retaliation, internal complaint and investigation ~~processes (whether through PSS or IA or any other internal MSP department or office), and all MCOLES policies and procedures related to securing and maintaining MCOLES certification or licensure.~~

~~Additionally, as comparators, provide all policies and procedures related to workplace harassment, discrimination, and retaliation from two other randomly selected geographical MSP districts and two other posts, one from each of the randomly selected geographical MSP districts.~~

**Modified Request: Produce the 6th District and Lakeview Post policies or procedures related to discrimination, harassment, retaliation, and handling internal complaints within the timeline of 2016-2024.**

**REQUEST FOR PRODUCTION NO. 10: (good to go, confirming if good to go)**

Please identify and produce all versions of MSP's internal investigation procedural manual as referenced by Lt. Christopher Tuckey during his February 6, 2026 deposition.

**Resolution: Defendant will review and confirm whether there are separate versions. If the only manual has already been produced to Plaintiff, Defendant will identify which Bates numbers are responsive.**

~~**REQUEST FOR PRODUCTION NO. 11: (withdrawn)**~~

Please identify and produce all records recovered from the take-home laptop assigned to Plaintiff in October 2020.

**<u>~~REQUEST FOR PRODUCTION NO. 12: (withdrawn)~~</u>**

Please identify and produce all information recovered from Plaintiff's assigned cellular work phone.

**<u>REQUEST FOR PRODUCTION NO. 13:</u>**

Please identify and produce all records from the Plaintiff's designated file folder located on MSP's internal "S" drive.

**<u>Modified Request</u>: Produce a Screenshot image of Plaintiff's user folder on the "S" drive so all sub-folders are visible if the user folder still exists**

**<u>REQUEST FOR PRODUCTION NO. 14:</u>**

Please identify and produce a copy of all documents and all communications related to any PSS/IA complaints, including investigations, interviews, or other activities, ~~involving~~ Plaintiff, or any criminal action involving Plaintiff, wherever located, including but not limited to the email account's inbox, draft folder, sent folder, archive, and any subfolders, for the following email accounts: morycm@michigan.gov and symondsm@michigan.gov.

**<u>Modified Request:</u> produce a copy of all emails in Plaintiff's archive folder for the email account <u>morycm@michigan.gov</u>. If the number of emails is too voluminous, Defendant will provide a screenshot of the folder so Plaintiff can review and provide subsequent search terms.**

**<u>REQUEST FOR PRODUCTION NO. 15: (Dispute sent to Court)</u>**

Please identify and produce all personnel records, including but not limited to, employee reviews and evaluations, complaints, disciplinary records, counseling memos, performance improvement plans, Internal Affairs (IA)/Professional Standards Section (PSS) investigation records, settlement agreements, arbitration records, training records, testing records, resumes, cover letters, written endorsements, and/or MSP Trooper Recruit School records, for every current and former MSP employee listed as a witness in your Initial Disclosures. This request includes any documentation of each individual's signature of acknowledgement, in which the individual acknowledged they had read MSP's policy and procedures for domestic violence, workplace harassment, retaliation, discrimination, and CSC investigation procedures from January 1, 2016 to present.

**REQUEST FOR PRODUCTION NO. 16: (Dispute sent to Court)**

Please identify and produce all personnel records, including but not limited to, employee reviews and evaluations, complaints, disciplinary records, counseling memos, performance improvement plans, Internal Affairs (IA)/Professional Standards Section (PSS) investigation records, settlement agreements, arbitration records, training records, testing records, resumes, cover letters, written endorsements, and/or MSP Trooper Recruit School records, from wherever they may be stored, for Defendants Gee-Cram, Hinz, Nemecek, Herr, Deasy, Bock, Maki, and Buege. This request includes any documentation of each individual's signature of acknowledgement, in which the individual acknowledged they had read MSP's policy and procedures for domestic violence, workplace harassment, retaliation, discrimination, and CSC investigation procedures from January 1, 2016 to present.

**REQUEST FOR PRODUCTION NO. 17:**

Please identify and produce all communication to or from Defendants Gee-Cram, Hinz, Nemecek, Herr, Deasy, Bock, Maki, and/or Buege related to Plaintiff.

**Modified Request: Produce all communications to or from Defendants Gee-Cram, Hinz, Nemecek, Herr, Deasy, Bock, Maki, and/or Buege discussing Plaintiff on the issues of perjury, domestic violence from 2023 forward.**

**REQUEST FOR PRODUCTION NO. 18:**

Please identify and produce all communications to or from MSP (Ret.) Lt. Col. Aimee Brimacombe or MSP employee Aimee Maike referencing: Megan Moryc, Megan Symonds, ~~"M M", "MM",~~ PSS-185-24, PSS-542-20, Original Incident Report No. (OIR) 70-246-20, PSS-321-21, PSS-409-21, PSS-083-20, PSS-577-20, OIR 10-201-23, PSS-544-20, PSS-646-20, PSS-627-23, OIR 10-595-23, PSS-055-22, PSS-535-20, PSS-536-20, or PSS-239-23.

**Modified Request: Produce all communications to or from MSP (Ret.) Lt. Col. Aimee Brimacombe referencing "Moryc." Timeline is from 2023 when Brimacombe became Lieutenant Colonel forward.**

**REQUEST FOR PRODUCTION NO. 19:**

Please identify and produce all communications to or from MSP Col. James Grady II referencing: Megan Moryc, Megan Symonds, "M M", "MM", PSS-185-24, PSS-542-20, OIR 70-246-20, PSS-321-21, PSS-409-21, PSS-083-20, PSS-577-20, OIR 10-201-23, PSS-544-20, PSS-646-20, PSS-627-23, OIR 10-595-23, PSS-055-22, PSS-535-20, PSS-536-20, or PSS-239-23.

**Modified Request: Produce all communications to or from MSP Col. James Grady II referencing "Moryc." Timeline is from 2023 when Grady became Colonel forward.**

**REQUEST FOR PRODUCTION NO. 20:**

Please identify and produce all communications to or from MSP (Ret.) F/Lt. Brody Boucher referencing Megan Moryc, Megan Symonds, "MM", "M M", PSS-185-24, PSS-542-20, OIR 70-246-20, PSS-321-21, PSS-409-21, PSS-083-20, PSS-577-20, OIR 10-201-23, PSS-544-20, PSS-646-20, PSS-627-23, OIR 10-595-23, PSS-055-22, PSS-535-20, PSS-536-20, or PSS-239-23, from January 1, 2020 to his last day of employment with MSP.

**Modified Request: Produce all communications to or from MSP (Ret.) F/Lt. Brody Boucher when he was a decisionmaker on harassment claims where Plaintiff was a subject, complainant, or witness. Timeline is 2020 through his last day of employment with MSP.**

**REQUEST FOR PRODUCTION NO. 21:**

Please identify and produce all communications to or from former MSP employee Stephanie Horton referencing Megan Moryc, Megan Symonds, "M M", "MM", PSS-185-24, PSS-542-20, OIR 70-246-20, PSS-321-21, PSS-409-21, PSS-083-20, PSS-577-20, OIR 10-201-23, PSS-544-20, PSS-646-20, PSS-627-23, OIR 10-595-23, PSS-055-22, PSS-535-20, PSS-536-20, or PSS-239-23, from January 1, 2020 to her last day of employment with MSP.

**Modified Request: Produce all communications to or from former MSP employee Stephanie Horton referencing "Moryc." Timeline is 2023 through her retirement.**

**~~REQUEST FOR PRODUCTION NO. 22: (withdrawn)~~**

Please identify and produce all personnel records, including but not limited to, employee reviews and evaluations, complaints, disciplinary records, counseling memos, performance improvement plans, Internal Affairs (IA)/Professional Standards Section (PSS) investigation records, settlement agreements, training records, testing records, resumes, cover letters, written endorsements, and/or MSP Trooper Recruit School records, regarding Plaintiff.

**REQUEST FOR PRODUCTION NO. 23:**

Please identify and produce all documents and communications related to any discipline imposed or contemplated against Plaintiff.

**Modified Request: Produce any documents or communications from Decision Makers on the decision to suspend or terminate Plaintiff from 2023 forward.**

~~**REQUEST FOR PRODUCTION NO. 24: (withdrawn)**~~

Please identify and produce all documents related to any PSS (f/k/a Internal Affairs (IA)) investigation related to D-MSPTA-094-22.

~~**REQUEST FOR PRODUCTION NO. 25: (withdrawn)**~~

Please identify and produce all documents related to any PSS/IA investigation related to D-MSPTA-032-23.

~~**REQUEST FOR PRODUCTION NO. 26: (withdrawn)**~~

Please identify and produce all documents related to any PSS/IA investigation related to D-MSPTA-066-23.

**~~REQUEST FOR PRODUCTION NO. 27: (withdrawn)~~**

Please identify and produce all records, documents, and communications between any MSP employee and any employee or board member of the Michigan Commission on Law Enforcement Standards (MCOLES) related to Plaintiff.

**REQUEST FOR PRODUCTION NO. 28:**

Please identify and produce all documents You received in response to the March 21, 2025 Minute Man Services, Inc. Copy of Requested Records Inquiry.

**Resolution: Defendant will produce these records subject to the protective order.**

**REQUEST FOR PRODUCTION NO. 29: (Dispute sent to Court)**

Please identify and produce all records, documents, communications, memorandums, reports, supplements, investigative reports, photographs, video or audio recordings, notes, drafts, and a full, complete, unredacted, and unfiltered incident log for the following investigative reports, regarding:

- OIR 64-5103-18
- IA-085-2019
- PSS-083-20
- PSS-535-20
- PSS-536-20
- PSS-542-20
- PSS-544-20
- PSS-557-20
- PSS-600-20
- PSS-646-20
- OIR 10-133-20
- OIR 70-246-20
- PSS-321-21
- PSS-340-21
- PSS-365-21

- PSS-409-21
- OIR 50-11-21
- PSS-052-22
- PSS-055-22
- PSS-390-22
- PSS-740-22
- PSS-191-23
- PSS-199-23
- PSS-239-23
- PSS-627-23
- PSS-724-23
- PSS-766-23
- OIR 10-595-23
- PSS-110-24
- PSS-185-24
- PSS-309-24
- PSS-719-24
- PSS-758-24
- PSS-030-25
- PSS-049-25
- PSS-295-25
- PSS-258-26

~~**REQUEST FOR PRODUCTION NO. 30: (withdrawn)**~~

Please identify and produce all settlement agreements and the corresponding investigative and disciplinary records, with any current or former MSP employee accused of violating Section(s) 4.5, 4.6, 4.6a, 4.25, and/or 4.35 of the MSP Code of Conduct.

**Resolution of Disputes agreed to by:**

***/s/ Nicole Cote***
Nicole Cote (P86815)
Abdnour Weiker LLP
Attorney for Plaintiff

***/s/ Mary Waddell (with permission)***
Mary A. Waddell (P70545)
Assistant Attorney General
Attorney for Defendants

Dated: September 25, 2026