# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:25-cv-01127-RJJ | 9/28/2026 | 2:59 - 3:25 PM | Phillip J. Green |

## CASE CAPTION

| |
|---|
| Moryc v. Michigan State Police et al |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Nicole Cote<br><br>Elizabeth Kamm Abdnour | Plaintiff |
| Mary Allison Waddell | Defendants |

## PROCEEDINGS

**NATURE OF HEARING:**

Continued Motion Hearing held regarding ECF NO.30 MOTION to compel by plaintiff Megan Moryc; order to issue.

Proceedings NOT Recorded
Deputy Clerk: A. Doezema