UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MEGAN MORYC,

Plaintiff,

v.

MICHIGAN STATE POLICE, et al.,

Defendants.

Hon. Robert J. Jonker

Case No. 1:25-cv-01127-RJJ-PJG

# **ORDER**

This matter is before the Court on Plaintiff's Motion to Compel. (ECF No. 30). Defendants have responded. (ECF No. 36). The Court held hearings on the matter on September 23, 2026, and September 28, 2026. (*See Minutes*, ECF No. 42, 45). Having reviewed the written and oral submissions and for the reasons stated on the record, Plaintiff's Motion is **DENIED**, except as to the respective files identified for production in the September 28, 2026, hearing.

The Parties shall bear their own costs.

**IT IS SO ORDERED**.

Date: September 30, 2026

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge