**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**MEGAN MORYC**,
Plaintiff,

v.

**MICHIGAN STATE POLICE**, et al.,
Defendants.

Case No. 1:25-cv-1127

Hon. Robert J. Jonker
Mag. Phillip J. Green

---

**ORDER GRANTING JOINT MOTION FOR STAY OF DEADLINES**

WHEREAS, the Parties have filed a Joint Motion for Stay of Deadlines as currently set forth in the Court's First Case Management Order (ECF No. 26); and

WHEREAS, pursuant to Fed. R. Civ. P. 16, the Parties have shown good cause for granting this Motion;

**IT IS ORDERED**:

The following deadlines in the Court's First Case Management Order (ECF No. 26) are now **STAYED**:

| | |
|---|---|
| Burden of proof expert reports | October 15, 2026 |
| Responsive expert reports | November 15, 2026 |
| Completion of discovery | January 15, 2027 |
| Dispositive motions | February 28, 2027 |

Date: ______________

_________________________________
UNITED STATES MAGISTRATE JUDGE