UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MEGAN MORYC,

Plaintiff,

v.

MICHIGAN STATE POLICE et al.,

Defendants.
______________________________/

CASE NO. 1:25-cv-1127

HON. ROBERT J. JONKER

**ORDER**

The parties jointly move to stay discovery deadlines in the case pending resolution of a defense motion for judgment on the pleadings. (ECF No 47). The Court rarely stays discovery pending resolution of a Rule 12(b)(6) or Rule 12(c) motion, but on occasion a stay makes sense. This is one of those occasions. The Complaint covers many events over an extended period of time. There has also been considerable prior litigation over at least some of the subjects. This means the pleadings provide considerably more detail than the usual Complaint and Answer. Ruling on the Rule 12(c) motion has potential to streamline the litigation and to limit or eliminate ongoing discovery disputes for any claims and parties that remain after the Court resolves the motion.

Accordingly, executory deadlines of the First CMO are **SUSPENDED**. The Second Rule 16 scheduled for March 31, 2027, is **CANCELLED**. The Court will re-schedule events and deadlines as necessary after resolution of the Rule 12(c) motion.

**IT IS SO ORDERED.**

Dated: October 5, 2026

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE