UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MEGAN MORYC,

Plaintiff,

v

MICHIGAN STATE POLICE, a Department of the State of Michigan; ~~JAMES F. GRADY II~~; ~~AIMEE BRIMACOMBE~~; LISA GEE-CRAM; DALE HINZ; ~~CAMERON HENKE~~; JASON NEMECEK; ~~MICHAEL DILLON~~; ~~ERIC DARLING~~; KANDYCE HERR; THOMAS DEASY; ~~MATTHEW WILLIAMS~~; NICOLE BOCK; ~~KEVIN SWEENEY~~; ~~ANDREW FIAS~~; RYAN MAKI; ~~MICHAEL STEPHENS~~; ~~CARISSA HORAN~~; BRIAN BUEGE; ~~ROBERT DAVIS~~; and ~~SCOTT ZIESMAN~~; officially and in their personal capacities,

Defendants.

No. 1:25-cv-1127

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

**STIPULATED ORDER REGARDING WITHDRAWAL OF DEPOSITION SUBPOENA TO NON-PARTY TIMOTHY BOURGEOIS**

---

Elizabeth K. Abdnour (P78203)
Nicole Cote (P86815)
Mitchell D. Sickon (P82407)
Ashley Ames Dylenski (P88208)
ABDNOUR WEIKER LLP
Attorneys for Plaintiff
325 E. Grand River Ave., Suite 250
East Lansing, MI 48823
517.292.0067
liz@education-rights.com
nicole@education-rights.com
mitch@education-rights.com
ashley@education-rights.com

Mary A. Waddell (P70545)
Ryan Wier (P83886)
Shelley M. McCormick (P80311)
Assistant Attorneys General
Audrey J. Forbush (P41744)
Special Assistant Attorney General
Attorneys for Defendants
MI Dep't of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
517.335.7573
waddellm1@michigan.gov
wierr2@michigan.gov
mccormicks@michigan.gov
aforbush@plunkettcooney.com

---/

**STIPULATED ORDER REGARDING WITHDRAWAL OF DEPOSITION SUBPOENA TO NON-PARTY TIMOTHY BOURGEOIS**

Plaintiff Megan Moryc and Defendants Michigan State Police, Lisa Gee-Cram, Dale Hinz, Jason Nemecek, Kandyce Herr, Thomas Deasy, Nicole Bock, Ryan Maki, and Brian Buege (collectively, the "Parties"), through their undersigned counsel, stipulate and agree as follows:

1. On September 23, 2026, Plaintiff served notice of a subpoena issued under Fed. R. Civ. P. 45 commanding non-party Timothy Bourgeois, Executive Director of the Michigan Commission on Law Enforcement Standards ("MCOLES"), to appear for a deposition on October 9, 2026.

2. On October 2, 2026, the Parties jointly moved to stay the deadlines set in the Court's First Case Management Order pending resolution of Defendants' Motion for Judgment on the Pleadings under Fed. R. Civ. P. 12(c). (ECF No. 47.) On October 5, 2026, the Court granted the motion, suspended the executory deadlines of the First Case Management Order, cancelled the Second Rule 16 Scheduling Conference, and stated that it "will re-schedule events and deadlines as necessary after resolution of the Rule 12(c) motion." (ECF No. 48, PageID.1105.)

3. On October 6, 2026, Plaintiff issued an updated subpoena commanding Mr. Bourgeois to appear for a deposition on October 21, 2026, and to produce certain MCOLES records (together with the subpoena described in Paragraph 1, the "Subpoena").

4. Defendants advised Plaintiff that they would move for a protective order under Fed. R. Civ. P. 26(c), and counsel for Mr. Bourgeois advised that he

would move to quash the Subpoena under Fed. R. Civ. P. 45(d)(3), if the deposition were to proceed while the Court's October 5, 2026 Order remains in effect. To avoid unnecessary motion practice, the Parties have agreed to resolve the matter as set forth below.

5. Plaintiff withdraws the Subpoena. The deposition of Mr. Bourgeois noticed for October 21, 2026, will not go forward, and Mr. Bourgeois is relieved of any obligation to appear for a deposition or to produce documents in response to the Subpoena.

6. Plaintiff's withdrawal of the Subpoena is without prejudice to her right to re-notice the deposition of Mr. Bourgeois, and to serve a new subpoena on him, after the Court lifts the stay entered on October 5, 2026, and resets the discovery schedule, as to the claims and parties that remain after the Court resolves Defendants' Motion for Judgment on the Pleadings.

7. Nothing in this Stipulation waives or limits (a) any objection Defendants may assert to any future notice of deposition or subpoena directed to Mr. Bourgeois or MCOLES, or (b) any right of Mr. Bourgeois or MCOLES to object to, or to move to quash or modify, any such subpoena under Fed. R. Civ. P. 45 or otherwise.

8. Nothing in this Stipulation modifies the Court's October 5, 2026 Order (ECF No. 48) or any other order of the Court.

**IT IS SO STIPULATED:**

On behalf of our clients, we stipulate to entry of the above Order.

/s/ *Elizabeth K. Abdnour* (with permission)
Elizabeth K. Abdnour (P78203)
ABDNOUR WEIKER LLP
Attorney for Plaintiff

Dated: October 15, 2026

/s/ *Ryan Wier*
Ryan Wier (P83886)
Assistant Attorney General
Attorney for Defendants

Dated: October 15, 2026

**IT IS SO ORDERED.**

Dated: October 16, 2026

/s/ Robert J. Jonker
HON. ROBERT J. JONKER
U.S. District Court Judge