**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**MEGAN MORYC**,

Plaintiff,

v.

**MICHIGAN STATE POLICE**, et al.,

Defendants.

Case No. 1:25-cv-1127

Hon. Robert J. Jonker
Mag. Phillip J. Green

---

**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

IT IS HEREBY STIPULATED and AGREED by and between undersigned counsel for Plaintiff and Defendants, pursuant to Fed. R. Civ. P. 6(b) and W.D. Mich. LR 7.2(c), that:

1. Plaintiff Megan Moryc's time to respond to Defendants' Motion for Judgment on the Pleadings filed on September 22, 2026, is extended from October 20, 2026, to November 10, 2026.
2. Good cause exists for the agreed modified briefing schedule because Attorney Abdnour has had to take significant time away from work in the last week due to a family medical emergency; Attorney Cote will be out of the office for her wedding and related obligations October 19-28, 2026; and several members of Plaintiffs' counsel's legal team have been ill over the last several weeks.
3. This stipulation or extension does not constitute a waiver of any claim, right, or defense.
4. No party will be prejudiced by modifying this briefing schedule and Defendants do not oppose this extension.

Dated: October 16, 2026

Respectfully submitted,


*s/Elizabeth K. Abdnour*
Elizabeth K. Abdnour (P78203)
Nicole Cote (P86815)
Mitchell D. Sickon (P82407)
Ashley Ames Dylenski (P88208)
ABDNOUR WEIKER LLP
325 E. Grand River Ave., Ste. 250
East Lansing, MI 48823
(517) 994-1776
liz@education-rights.com
nicole@education-rights.com
mitch@education-rights.com
ashley@education-rights.com
*Attorneys for Plaintiff*

*s/Mary A. Waddell with permission*
Mary A. Waddell (P70545)
Ryan Wier (P83886)
Shelley M. McCormick (P80311)
Assistant Attorneys General
Audrey J. Forbush (P41744)
Special Assistant Attorney General
Attorneys for Defendants
MI Dep't of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
517.335.7573
waddellm1@michigan.gov
wierr2@michigan.gov
mccormicks@michigan.gov
*Attorneys for Defendants*


**IT IS SO ORDERED.**

Dated: ________________________

______________________________
**HON. ROBERT J. JONKER**
**United States District Judge**